AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Julian Sancton on behalf of himself and all others similarly situated<br>*Plaintiff*<br>v.<br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION<br>*Defendant* | Case No. 1:23-cv-10211 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Julian Sancton and the Proposed Class            .

Date:   11/21/2023

/s/ J. Craig Smyser
*Attorney's signature*

James Craig Smyser (#5985601)
*Printed name and bar number*

1901 Avenue of the Americas
Floor 32
New York, NY 10019
*Address*

csmyser@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*