Exhibit A

## ATTACHMENT

**Attorneys:**

Justin A. Nelson, Susman Godfrey L.L.P., 1000 Louisiana St. Houston, TX 77002-5096, Tel. (713) 653-7895;

Rohit Nath, Susman Godfrey L.L.P., 1900 Avenue of the Stars, Los Angeles, CA 90067, Tel. (310) 789-3138;

Alejandra C. Salinas, Susman Godfrey L.L.P, 1000 Louisiana St. Houston, TX 77002-5096, Tel. (713) 653-7802;

J. Craig Smyser, Susman Godfrey L.L.P., 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019, (212) 729-2023.