UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SANCTON, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | ECF CASE<br><br>No. 1:23-cv-10211<br><br>MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

　　Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Rohit D. Nath, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff and the Proposed Class in the above-captioned action.

　　I am an active member in good standing of the State Bar of California and the Arizona State Bar.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached my declaration pursuant to Local Rule 1.3, as well as a certificate of good standing from the California Supreme Court and a letter of good standing from the Arizona State Bar.

Dated: November 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rohit D. Nath*
　　　　　　　　　　　　　　　　　　　　　　　　Rohit D. Nath
　　　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 316062
　　　　　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　1900 Avenue of the Stars, Suite 1400

1

Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

***Attorney for Plaintiff and the Proposed Class***

2

## CERTIFICATE OF SERVICE

I hereby certify this 22nd day of November 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

                                              */s/ Rohit D. Nath*
                                              Rohit D. Nath

11952624v1/018072