UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SANCTON, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>              Defendant. | ECF CASE<br><br>No. 1:23-cv-10211<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Rohit D. Nath, declares:

1. I am a Partner with the law firm of Susman Godfrey L.L.P.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the California Supreme Court and the Arizona State Bar.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4

7. My attorney registration number for the State Bar of California is 316062 and my registration number for the Arizona State Bar is 032701.

8. Wherefore, your declarant respectively submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-10211 for Plaintiff (Julian Sancton).

I, Rohit D. Nath, declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2023

Respectfully submitted,

/s/ Rohit D. Nath
Rohit D. Nath
CA State Bar No. 316062
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

**Attorney for Plaintiff and the Proposed Class**