UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SANCTON, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>          Defendant. | ECF CASE<br><br>No. 1:23-cv-10211<br><br>**[PROPOSED] ORDER FOR ATTORNEY ADMISSION PRO HAC VICE** |

The motion of Rohit D. Nath, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is an active member in good standing of the bar of the State of California and the Arizona State Bar; and that his contact information is as follows:

Rohit D. Nath
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
rnath@susmangodfrey.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff and the Proposed Class in the above-captioned action.

**IT IS HEREBY ORDERED** that Rohit D. Nath is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New

6

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                                                            UNITED STATES DISTRICT JUDGE