**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIAN SANCTON, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>            Defendant. | ECF CASE<br><br>No. 1:23-cv-10211<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Justin A. Nelson, declares:

1. I am a Partner with the law firm of Susman Godfrey L.L.P.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Supreme Court of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number for the State Bar of Texas is 24034766.

3

11952623v1/018072

4

8. Wherefore, your declarant respectively submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-10211 for Plaintiff (Julian Sancton) and the Proposed Class.

I, Justin A. Nelson, declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2023

Respectfully submitted,

*/s/ Justin A. Nelson*
Justin A. Nelson
TX State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Tel.: 713-651-9366
jnelson@susmangodfrey.com

***Attorney for Plaintiff and the Proposed Class***