UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SANCTON, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>     Defendant. | ECF CASE<br><br>No. 1:23-cv-10211<br><br>[PROPOSED] ORDER FOR ATTORNEY ADMISSION PRO HAC VICE |

  The motion of Justin A. Nelson, for admission to practice Pro Hac Vice in the above-captioned action is granted.  Applicant has declared that he is an active member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Justin A. Nelson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiff and the Proposed Class in the above-captioned action.

  **IT IS HEREBY ORDERED** that Justin A. Nelson is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____   _____
                                 UNITED STATES DISTRICT JUDGE

5