UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SANCTON, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                              Defendants. | Case No. 1:23-cv-10211-SHS |

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Annette L. Hurst hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: December 18, 2023           By: */s/ Annette L. Hurst*

                                                        Annette L. Hurst
                                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                        The Orrick Building
                                                        405 Howard Street
                                                        San Francisco, CA 94105-2669
                                                        Telephone (415) 773-5700
                                                        ahurst@orrick.com

                                                        *Attorneys for Defendant*
                                                        *Microsoft Corporation*