UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SANCTON, individually and on behalf of others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                                    Defendants. | Case No. 1:23-cv-10211-SHS |

**AFFIDAVIT OF ANNETTE HURST IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

COUNTY OF SAN FRANCISCO)
                                ):ss
STATE OF CALIFORNIA     )

Annette Hurst, being duly sworn, deposes and says as follows:

    1.      I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

    2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

    3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.      There are no pending disciplinary proceedings against me in any State or Federal court.

    5.      I have not been convicted of a felony.

    6.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.      Wherefore I, Annette Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

*[signature]*

Annette Hurst

Sworn to before me
this 18th day of December, 2023

*[signature]*
Notary Public

CHRISTINE J. FLORES
Notary Public - California
San Francisco County
Commission # 2451678
My Comm. Expires Jun 25, 2027