AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Julian Sancton, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10211-SHS |
| OpenAI Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Microsoft Corporation.

Date: 12/19/2023

/s/ Marc R. Shapiro
*Attorney's signature*

Marc R. Shapiro (NY 4403606)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

mrshapiro@orrick.com
*E-mail address*

(212) 506-3546
*Telephone number*

(212) 506-5151
*FAX number*