# EXHIBIT B



# Rachel Geman
## PARTNER

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

t 212.355.9500
f 212.355.9592

rgeman@lchb.com

## Working for Employees, Whistleblowers, and Consumers

Rachel Geman, a partner in the New York office, combats frauds that harm her clients in their lives and misconduct that threatens the fairness and safety of their workplaces and communities.

Recent successes and exemplar ongoing matters:

- Named Co-Lead Counsel for the Medical Monitoring Class in the Valsartan contaminated drug litigation (2023)
- Counsel for the whistleblower in litigation against AbbVie involving the marketing of Humira ($27 million in settlements as of 2023)
- Co-Lead Counsel in consumer privacy litigation against fintech company Plaid (2022 settlement of $58 million and robust injunctive relief)
- Lead Counsel for whistleblowers in matter involving fraud in New York's Indigent Care Program against the Door (2022 settlement of $12.9 million)
- Represented consumers in the GM Ignition Switch MDL economic loss litigation (2020 settlement of $121 million)
- Co-Lead Counsel representing the City of Philadelphia in Fair Housing Act litigation against Wells Fargo (2019 settlement with the bank's funding city programs for communities affected by lending discrimination and agreeing to other relief)
- Exemplar earlier cases: Rachel was co-lead class counsel or counsel for the class in consumer financial litigation over "payment protection" products, resulting in more than $50 million in settlements; she represented employee benefit plans in recovering $65 million from AXA Rosenberg; she represented a class of female financial advisors who secured $39 million plus injunctive relief from Bank of America/Merrill Lynch to settle gender discrimination claims; and she cut her teeth in the False Claims Act years ago in helping to recoup $78.5 million from the University of Phoenix in one of the largest settlements involving fraud on the Department of Education.

Rachel leads the firm's whistleblower practice group; serves as the employee-side chair of the ABA's Workplace and Occupational Safety and Health Law Committee; and is a CDRC-trained community mediator.

## Areas of Practice

Consumer Protection, Employment, False Claims Act

## Education

Columbia Law School, New York, New York
J.D. - 1997
Honors: Stone Scholar
Honors: Equal Justice America Fellow; Human Rights Fellow
Law Journal: Columbia Journal of Law and Social Problems, Editor

Harvard University, Cambridge, Massachusetts
A.B. (Cum Laude) - 1993

## Bar Admissions

New York, 1998
New York State Supreme Court, 1998
U.S. Supreme Court, 2013
U.S. Court Of Appeals, 2nd Circuit, 2015
U.S. Court Of Appeals, 9th Circuit
U.S. District Court, District of Colorado, 2007
U.S. District Court, Eastern District of Michigan, 2005
U.S. District Court, Eastern District of New York, 1999
U.S. District Court, Southern District of New York, 1999
U.S. District Court, Northern District of Ohio, 2019
U.S. District Court, Eastern District of Wisconsin, 2011

## Professional Associations and Memberships

American Bar Association, Labor and Employment Law Section, Standing Committee on Equal Employment Opportunity, Member, Past Employee Co-Chair (2009-2011)
Certified Fraud Examiners, New York Chapter, Member
National Employment Lawyers' Association, New York Chapter, Chair of Amicus Committee (2017-); Past Board Member (2005-2011)
National Employment Lawyers' Association - National
Public Justice Foundation
Rutter Federal Employment Guide, Contributing Editor (2017 - present)
Taxpayers Against Fraud Education Fund

## Seminars and Presentations

Faculty Member, "Medical Monitoring in Personal Injury, Products Liability, and Medical Device Litigation: Developments and Strategies," Strafford CLE Webinar, June 2023
Panelist, "Gender Based Discrimination & Pay Inequality," 7th Annual Class Action Money & Ethics Conference, May 2023
Panelist, "The Mental Health Crisis and the Workplace," ABA Workplace and Occupational Safety & Health Mid-Winter Conference, March 2023
Panelist, "Shareholder Derivative Actions Challenging Diversity," 16th Annual ABA Labor and

Employment Law Conference, November 2022
Speaker, "Data Driven Cases," Taxpayers Against Fraud 22d Annual Conference, October 2022
Moderator, "Artificial Intelligence, Machine Learning, and Bias: Prospects, Pitfalls, and Penalties 2022 National Conference on Equal Employment Opportunity Law," March 2022
Panelist, "Time to Rethink and Retool: Innovative Strategies for Crafting State-of-the Art Settlement Agreements," ABA Section of Labor & Employment Law, 15th Annual Labor & Employment Law Conference, November 2021
Panelist, "Time to Rethink and Retool: Innovative Strategies for Crafting State-of-the Art Settlement Agreements," ABA Section of Labor & Employment Law, 15th Annual Labor & Employment Law Conference, November 2021
Moderator, "Corporations Are Deponents, My Friend: Taking 30(b)(6) Depositions In Wage & Hour Cases," National Employment Lawyers Association Spring Seminar, March 2021
Moderator, "Discovery In Wage & Hour Cases," National Employment Lawyers Association Virtual Convention, July 2020
Faculty Member, "Classwide Damage Models in Misleading and False Advertising Consumer Class Actions," Strafford Consumer Class Actions Webinar, May 2020
Faculty Member, "Current Topics in Employment Discrimination Class Actions," Lawline Webinar, August 2019
Speaker, "Statistics in Employment and FCA Cases," Clearlaw Webinar, January 2018
Speaker, "The Anatomy of a False Claims Act Case & How the FCA Works in a Whistleblower World," Lawline Webinar, October 2017
Speaker, "Litigating Wage & Hour Cases: Challenges & Opportunities," National Employment Lawyers Association Spring Conference, April 2017
Speaker, "Plaintiffs' Perspective in Investigating and Litigating Employment Class Actions," Lawline Webinar, December 2016
Speaker, "Pay Equity in Practice: What Works? Employee-Side Perspectives on Compensation Discrimination," ABA-LEL Conference, November 2016
Speaker, "Bringing Your First – or Next – FHA Case," NCLC Annual Conference, October 2016
Moderator, Government Plenary, ABA EEO Conference, March 2016
Speaker, "Latest Trends and Developments in Qui Tam Lawsuits and the Statute of Limitations," Webinar, January 2016
Speaker and Moderator, "Statistics for Lawyers - Even Those Who Hate Math," National Employment Lawyers Association Annual Convention, June 2015
Speaker, "Gender Pay Disparities: Enforcement, Litigation, and Remedies," New York City Conference on Representing Employees, May 2015
Speaker, "Protecting Pay: Representing Workers With Wage and Hour Claims," National Employment Lawyers Association, April 2015
Speaker and Author, "What Employment Lawyers Need to Know About Non-Employment Class Actions," ABA Section of Labor and Employment Law Conference, November 2014
Moderator, "Dodd-Frank and Sarbanes-Oxley Whistleblower Issues," National Employment Lawyers Association/New York, October 2014
Speaker, "Consumer Class Action Symposium," National Consumer Law Center Consumer Rights Litigation Conference, November 2013
Panelist, "Class Certification Strategies: Dukes in the Rear View Mirror," Impact Fund Class Action Conference, 2013
Panelist, "Fraud and Consumer Protection: Plaintiff and Defense Strategies," Current Issues in Pharmaceutical and Medical Device Litigation, ABA Section of Litigation, 2012
Panelist, "Drafting Class Action Complaints," New York State Bar Association, 2011

Participant and Moderator, "Ask the EEOC: Current Insights on Enforcement and Litigation," ABA Section of Labor and Employment Law, 2011
Moderator, "Hot Topics in Wage and Hour Class and Collective Actions," American Association for Justice Tele-Seminar, 2010
Panelist, "Rights Without Remedies," American Constitutional Society National Convention, Revitalizing Our Democracy: Progress and Possibilities, 2008
Panelist, "Fair Measure: Toward Effective Attorney Evaluations"
Panelist, "Getting to Know You: Use and Misuse of Selection Devices for Hiring and Promotion," ABA Labor & Employment Section Annual Meeting, 2008
Panelist, "Electronic Discovery," Federal Judicial Center & Institute of Judicial Administration, Workshop on Employment Law for Federal Judges, 2005
Chair and Panelist, "Current Topics in Fair Labor Standards Act Litigation," Conference, Association of the Bar of the City of New York, 2003
Moderator, "Workforce Without Borders," ABA Section of Labor & Employment Law, EEOC Midwinter Meeting, 2003

## Published Works

"Class Actions: Class Representatives / Named Plaintiffs (Federal)," Practical Guidance Practice Note, Lexis/Nexis, 2021
Author, "Whistleblower Under Pressure," Trial Magazine, April 2013
Author and Panelist, "Who is an Employer Under the FLSA?," National Employment Lawyers Association Conference, 2013
Co-Editor, The New York Employee Advocate, 2005 - 2009
Author and Panelist, "Class Action Considerations: Certification, Settlement, and More," American Conference Institute Advanced Forum, 2009
The New York Employee Advocate (Co-Editor, 2005 - 2009; Regular Contributor, 2008 - Present)
Author, "'Don't I Think I Know You Already?': Excessive Subjective Decision-Making as an Improper Tool for Hiring and Promotion," ABA Labor & Employment Section Annual Meeting, 2008
Author and Panelist, "Ethical Issues in Representing Workers in Wage & Hour Actions," Representing Workers in Individuals & Collective Actions under the FLSA, 2007
Author and Panelist, "Evidence and Jury Instructions in FLSA Actions," Georgetown Law Center/ACL-ABA, 2007
Author and Panelist, "Crucial Events in the 'Life' of an FLSA Collective Action: Filing Considerations and the Two-step 'Similarly-Situated' Analysis," National Employment Lawyers Association, Annual Convention, 2006
Author and Panelist, "Time is Money, Except When It's Not: Compensable Time and the FLSA," National Employment Lawyers Association, Impact Litigation Conference, 2005
"Image-Based Discrimination and the BFOQ Defense," EEO Today: The Newsletter of the EEO Committee of the ABA's Section of Labor and Employment Law, Vol. 9, Issue 1, 2004
"Fair Labor Standards Act Overtime Exemptions: Proposed Regulatory Changes," New York State Bar Association Labor & Employment Newsletter, 2004
Moderator, "Workforce Without Borders," ABA Section of Labor & Employment Law, EEOC Midwinter Meeting, 2003

## Honors and Awards

AV Preeminent Peer Review Rated, Martindale-Hubbell
Selected for inclusion by peers in The Best Lawyers in America in field of "Employment Law – Individuals," 2012-2024

"Lawdragon 500 Leading Plaintiff Employment & Civil Rights Lawyers in America," Lawdragon, 2018-2023

"Lawdragon 500 Leading Plaintiff Financial Lawyers in America," Lawdragon, 2021-2023

"Lawdragon 500 Leading Plaintiff Consumer Lawyers in America," Lawdragon, 2022, 2023

"Super Lawyer for New York Metro," Super Lawyers, 2011, 2013-2022

"Lawyer of the Year," Best Lawyers, Employment Law – Individuals, New York City, 2014, 2019

Recognition for outstanding service to individuals and families who sought compensation under the September 11th Victim Compensation Fund

Legal 500 recommended lawyer, LegalEase, 2013

"Rising Star for New York Metro," Super Lawyers, 2011

Distinguished Honor Award, United States Department of State, 2001

# Reilly Stoler

## Partner

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

t 415.956.1000
f 415.956.1008

rstoller@lchb.com

Reilly Stoler is a partner in Lieff Cabraser's San Francisco office. Before coming to Lieff Cabraser, Reilly worked as a Law Clerk to the Honorable Edward M. Chen of the U.S. District Court for the Northern District of California, and as an associate at Baker Botts LLP and Fenwick & West LLP in San Francisco.

## Education

University of California College of the Law, San Francisco, San Francisco, California
J.D. cum laude 2014

Brandeis University, Waltham, Massachusetts
B.A. cum laude 2008

## Bar Admissions

California, 2015
U.S. Court Of Appeals, Ninth Circuit, 2017
U.S. District Court, Central District of California, 2019
U.S. District Court, Northern District of California, 2016

## Honors and Awards

"Ones to Watch," Best Lawyers, 2024

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Practice Areas | Contact | Attorneys | Cases | Our Firm | News | Lieff Cabraser Europe

Home | Attorneys | Ian Bensberg

## Ian Bensberg

Associate, San Francisco Office

email

212 355-9500

vcard



Ian Bensberg is an associate in Lieff Cabraser's San Francisco office.

### Education

**Indiana University Maurer School of Law, Bloomington**
JD, magna cum laude and Order of the Coif, May 2016

**University of Chicago, Illinois**
MA, Humanities (Classics), December 2011

**University of North Carolina, Chapel Hill**
BA, Classics (Ancient Greek), December 2008

**Deep Springs College, Deep Springs, California**
2003-2005

### Admissions

Indiana, 2018

U.S. Court Of Appeals, Seventh Circuit, 2019

U.S. District Court, Southern District of Indiana, 2018

### Office

San Francisco

Manage consent

Home | Attorneys | Wesley Dozier

Wesley Dozier
Associate, Nashville
email
615-313-9000
vcard



Wesley Dozier is an associate in Lieff Cabraser's Nashville office.

### — Education

**Vanderbilt Law School**
Doctor of Jurisprudence, *cum laude*, May 2019

**Vanderbilt University**
Bachelor of Arts, May 2016

### — Office

Nashville

### — Awards

"Access to Justice New Advocate of the Year," Tennessee Alliance for Legal Services, 2021

### — Publications

"Debt to Society: The Role of Fines and Fees Reform in Dismantling the Carceral State," Wesley Dozier & Daniel Kiel, 54 *U. of Mich. J. of L. Reform* 857 (2021)

Manage consent