# EXHIBIT A

# SUSMAN GODFREY

## WHO WE ARE

Susman Godfrey, America's premier litigation boutique, was founded on a simple vision: Hire only the best; get rewarded for success; and handle every case with a relentless focus on winning at trial. That's why Susman Godfrey is the best at what we do: high-stakes commercial litigation. But don't take our word for it—take theirs:

> " Pick your metric—money, US Supreme Court clerks, bet-the-company cases, percentage of partners in trial annually—the firm runs circles around everyone else." — LAWDRAGON
>
> " Probably the single best law firm I've worked with."
> — CLIENT AS QUOTED IN CHAMBERS
>
> " They are simply smarter, faster, more aggressive (when appropriate) and more strategically astute than their competitors. In my mind, they do not have a peer firm. They are the gold standard."
> — CLIENT QUOTE IN THE LEGAL 500
>
> " One of the nation's most impressive—and most feared—litigation boutiques." — ABOVE THE LAW

## RECOGNITION WE RECEIVE



- 2022 Trial Firm of the Year
- 2023 Commercil Litigation Firm of the Year



- All four offices and 18 attorneys recognized in 2023



- 2021 Privacy Litigation and Environmental Litigation Practice Groups of the year

### LAWDRAGON

- Nearly 25% of our partnership named Top 500 Leading Lawyers in America in 2020; and
- Over 50% of our partnership named Top 500 Plaintiff Financial Lawyers in 2023 (more than any other firm in the guide.)
- Leading Trial Law Firm in America



- #1 Litigation Boutique in the US: 13 years in a row, every year since the survey's inception



- 17 attorneys and three practice areas recognized in 2023

### THE AMERICAN LAWYER

- 2019 Specialty/Boutique Litigation Department of the Year

### THE NATIONAL LAW JOURNAL

- 2020 Class Action Firm of the Year
- 2019 Business Torts Firm of the Year
- 2018 Antitrust Firm of the Year

### TEXAS LAWYER

- 2022 & 2019 Mid-Sized Firm of the Year
- Two Cases Included on the 2019 Hall of Fame

susmangodfrey.com

---

## FAST FACTS



**OVER 160**
TRIAL LAWYERS ACROSS THE US

**95% OF OUR TRIAL LAWYERS ARE FORMER LAW CLERKS TO FEDERAL JUDGES**



**10 OF OUR TRIAL LAWYERS CLERKED FOR THE SUPREME COURT OF THE UNITED STATES**



**APPROX. 50% OF OUR LAWYERS GO TO TRIAL EACH YEAR**



# SUSMAN GODFREY

## CLIENTS WE REPRESENT

Our clients are plaintiffs and defendants. They are individuals, startups, multinational giants, and every kind and size of commercial actor in between. We work with them to find the fee deals that best suit their cases: many are contingent or tie bonuses to specific goals; others feature predictable flat fees or craft ingenious hybrids; and some are straight hourly. But all of our clients share a common desire to partner with the best trial lawyers they can get. We give them what they want.

> ❝ 'Lean and mean' would be an apt description of how Susman Godfrey operates… That devotion to efficiency, plus its investment in talent—Susman Godfrey hires only attorneys who have clerked for federal judges or justices of the US Supreme Court—have resulted in big legal victories." — THE NATIONAL LAW JOURNAL

## CASES WE TRY

We excel at every kind of commercial litigation and represent clients on both sides of the "v." We don't limit our clients to plaintiffs or defendants, and we don't limit our practice to niche areas of the law. Judges and jurors are generalists—so are we. We cut through the jargon and focus on what will win.

> ❝ As attorneys that identify first and foremost as trial lawyers, they do everything with the ultimate audience in mind—whether that be the judge or eventually a jury […] No matter how large and complex a matter may be, they never lose sight of who it is they have to persuade in order to win." — LAW360

 ## PRACTICE AREAS

 ## INDUSTRIES

| PRACTICE AREAS | | INDUSTRIES | |
|---|---|---|---|
| ANTITRUST | INTELLECTUAL PROPERTY & TECHNOLOGY | CONSTRUCTION & ENGINEERING | HEALTHCARE, PHARMACEUTICALS, & LIFE SCIENCES |
| APPELLATE | LABOR, EMPLOYMENT, BENEFITS, & PENSIONS | CONSUMER & RETAIL PRODUCTS | PROFESSIONAL SERVICES |
| ARBITRATION | | | |
| BANKRUPTCY | PRODUCT LIABILITY, PROPERTY DAMAGE & PERSONAL INJURY | ENERGY | REAL ESTATE |
| BUSINESS DISPUTES | | ENTERTAINMENT & MEDIA | TRANSPORTATION |
| CLASS ACTIONS | REGULATORY & GOVERNMENT AFFAIRS | FINANCIAL SERVICES | |
| COMPLEX MARITAL, TRUST & ESTATE | | | |
| ENVIRONMENTAL | SHAREHOLDER & SECURITIES | | |
| INSURANCE | | | |

## WHERE WE'RE LOCATED

**HOUSTON**
1000 Louisiana
Suite 5100
Houston, TX 77002
(713) 651-9366

**LOS ANGELES**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 789-3100

**NEW YORK**
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
(212) 336-8330

**SEATTLE**
401 Union Street
Suite 3000
Seattle, WA 98101
(206) 516-3880

susmangodfrey.com

SUSMAN GODFREY

**The Susman Godfrey Difference**

For over forty years, Susman Godfrey has focused its nationally recognized practice on just one thing: high-stakes commercial litigation. We are one of the nation's leading litigation boutique law firms, with offices in Houston, Los Angeles, New York and Seattle. Susman Godfrey's experiences, track record of success and staying power are reflected in its wide recognition as one of the nation's preeminent trial firms, including by *The American Lawyer* in its first-ever "Litigation Boutique of the Year" competition, an award the firm won again in 2023; by being named in 2014 and 2018 to *National Law Journal*'s "America's Elite Trial Lawyers" list; and by being named as *Benchmark Litigation*'s National Trial Firm of the Year in 2022. *Vault* has likewise named Susman Godfrey its #1 Litigation Boutique in America every year since 2011. The firm's lawyers are consistently recognized as "Super Lawyers" and "Rising Stars" in the states where they practice.

## The Will to Win

At Susman Godfrey, we want to win because we are stand-up trial attorneys, not discovery litigators. We approach each case as if it is headed for trial. Everything that we do is designed to prepare our attorneys to persuade a jury. When you are represented by Susman Godfrey, the opposing party will know that you are willing to take the case all the way to a verdict if necessary; this fact alone can make a good settlement possible.

Susman Godfrey has a longstanding reputation as one of the premier firms of trial lawyers in the United States. We are often brought in on the eve of trial to "rescue" troubled cases or to take the reins when the case requires trial lawyers with a proven record of courtroom success.

We also want to win because we share the risk with our clients. We prefer to work on a contingency-fee basis so that our time and efforts pay off only when we win. Our interests are aligned with our clients—we want to achieve the best-possible outcome at the lowest possible cost.

Finally, we want to win because each of our attorneys shares a commitment to your success. Each attorney at the firm—associate as well as partner—examines every proposed contingent fee case and has an equal vote on whether or not to accept it. The resulting profit or loss affects the compensation of every attorney at the firm. This model has been a tremendous success for both our attorneys and our clients. In recent years, we have achieved the highest profit-per-partner results in the nation. Our associates have enjoyed performance bonuses equal to their annual salaries. When you win, our attorneys win.

## Unique Perspective

Susman Godfrey represents both plaintiffs and defendants. We thrive on variety, flexibility, and creativity. Clients appreciate the insights that our broad experience brings. "I think that's how they keep their tools sharp," says one.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

**SUSMAN GODFREY**

Many companies who have had to defend cases brought by Susman Godfrey on behalf of plaintiffs are so impressed with our work in the courtroom that they hire us themselves next time around—companies like El Paso Corporation, Georgia-Pacific Corporation, Mead Paper, and Nokia Corporation.

We know from experience what motivates both plaintiffs and defendants. This dual perspective informs not just our trial tactics, but also our approach to settlement negotiations and mediation presentations. We are successful in court because we understand our opponent's case as well as our own.

## An Uncommon Structure

At Susman Godfrey, our clients hire us to achieve the best possible result in the courtroom at the least possible cost. Because we learned to run our practice on a contingency-fee model where preparation of a case is at our expense, we have developed a very efficient approach to commercial litigation. We proved that big cases do not require big hours. And, because we staff and run all cases using the same model, clients who prefer to hire us by the hour also benefit from our approach.

There is no costly pyramid structure at Susman Godfrey. As a business, we are lean, mean and un-leveraged—with a two-to-one ratio between partners and associates. To counter the structural bloat of our opponents, who often have three associates for each partner, we rely on creativity and efficiency.

Susman Godfrey's experience has taught what is important at trial and what can be safely ignored. We limit document discovery and depositions to the essential. For most depositions and other case-related events we send one attorney and one attorney alone to handle the matter. After three decades of trials, we know what we need—and what is just a waste of time and money.

## Unparalleled Talent

Susman Godfrey prides itself on a talent pool as deep as any firm in the country. Clerking for a judge in the federal court system is considered to be the best training for a young trial attorney, 100% of our Associates and over 90% of our Partners served in these highly sought-after clerkships after law school. Ten of our trial lawyers have clerked at the highest level—for Justices of the United States Supreme Court.

Our associates are not document-churning drones. Each associate at Susman Godfrey is expected to second-chair cases in the courtroom from the start. Because we are so confident in their abilities, we consider associates for partnership after seven years with the firm, unless they joined us following a federal judicial clerkship. In that case, we give credit for the clerkship, and the partnership track is generally six years. We pay them top salaries and bonuses, make them privy to the firm's financials, and let them vote—on an equal standing with partners—on virtually all firm decisions.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

**SUSMAN GODFREY**

Each trial attorney at Susman Godfrey is invested in our unique model and stands ready to handle big-stakes commercial litigation.

## A Record of Winning

One of Susman Godfrey's early cases, the Corrugated Container antitrust trial, led to one of the highest antitrust jury verdicts ever obtained. Since that extraordinary start, the firm has remained devoted to helping businesses and individuals achieve similarly extraordinary results.

Recent high-profile victories include:

- Secured a historic $787.5 million settlement to resolve client, Dominion Voting System's, massive defamation lawsuit against Fox news Network, just before jury trial was to commence in Delaware Superior Court.

- Won a $166.3 million jury verdict on behalf of client Finesse Wireless LLC against AT&T Mobility LLC and Nokia Corporation of America over patent infringement claims relating to wireless networks. The jury delivered the verdict after three hours of deliberation following a week-long trial.

- Secured a favorable award for Flutter Entertainment when an arbitrator in New York nearly doubled the exercise price its opponent, FOX Corporation, sought for its option to acquire 18.6% of Flutter's portfolio company, FanDuel Group in a multi-billion dollar arbitration.

- Secured a $600 million settlement for residents of Flint, Michigan in the nationally followed Flint Water Crisis litigation.

- Won a $706.2 million unanimous jury verdict for client HouseCanary, in a breach of contract and misappropriation of trade secrets case against Quicken Loans affiliate, Title Source, Inc. The judgement appears at number four on *The National Law Journal*'s "Top 100 Verdicts of the Year" list.

- Obtained a $203 million win on behalf of New York hedge fund legend, Louis Bacon, in his high-profile defamation lawsuit against Canadian fashion magnate Peter Nygard.

- Won a $25.25 million jury verdict for client, Steven Lamar, in a contract and intellectual property dispute with Dr. Dre and Jimmy Iovine over the iconic Beats headphones — this verdict was also included on *The National Law Journal*'s "Top 100 Verdicts of the Year" list.

- Secured a favorable settlement for Uber in its epic battle against Google's Waymo over self-driving car technology.

- Won a jury verdict valued at $128 million for client General Electric, in its legal battle against the Nebraska Investment Finance Authority.

- Secured one of the largest settlement awards ever to a single whistleblower in a False Claims Act case—over $450 million from Novartis Pharmaceuticals, who was accused of

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

defrauding Medicare and Medicaid by illegally paying kickbacks to pharmacies so they would recommend Novartis's medications to doctors and patients.

- Secured a settlement valued at $100 million for a certified class of plaintiffs in a copyright infringement class action against well-known music streaming service, Spotify.

- Won a $50.3 million federal jury verdict for client, Green Mountain Glass, in a patent infringement lawsuit against Ardagh Glass, Inc. This verdict was #34 on *The National Law Journal*'s "Top 100 Verdicts of 2017" list.

- Secured a $91.25 million settlement for insurance policy owners in *37 Besen Parkway, LLC v. John Hancock Life Insurance Company*

- Won a $70 million judgement for Wellstat Therapeutics against BTG International, Inc. in a pharmaceutical contract dispute in the Delaware Court of Chancery.

- Secured a settlement valued at $73 million while representing Flo & Eddie (the founding members of 60's music group, The Turtles) along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM. Susman Godfrey attorneys on this matter were named "California Lawyer Attorneys of the Year" by *The Daily Journal* for their legal work on this case.

- Won an over $43.2 million federal court jury award in favor of Apache Deepwater LLC and against W&T Offshore in an oil and gas related breach of contract case having to do with deepwater wells in the Gulf of Mexico. This verdict was named by *The National Law Journal* as one of "The Top 100 Verdicts of 2016" and appeared on Texas Lawyer's "Hall of Fame Verdicts" in 2019.

- Secured as lead counsel in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. The case settled with plaintiffs receiving a $48.5 million cash fund, COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*