UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AUTHORS GUILD, ET AL.,                          :     23-cv-8292 (SHS)

        Plaintiffs,                          :     ORDER

    -v-                                             :

OPENAI INC., ET AL.,                             :

        Defendants.                        :

------------------------------------------------------------x

JONATHAN ALTER, KAI BIRD, TAYLOR         :     23-cv-10211 (SHS)
BRANCH, RICH COHEN, EUGENE LINDEN,
DANIEL OKRENT, JULIAN SANCTON,           :
HAMPTON SIDES, STACY SCHIFF, JAMES
SHAPIRO, JIA TOLENTINO, and SIMON         :
WINCHESTER, on behalf of themselves and all
Others similarly situated,                            :

    -v-                                             :

OPENAI, INC., ET AL.,                             :

        Defendants.                        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The Clerk of Court is directed to correct the caption in 23-cv-10211 on ECF to conform with the caption in the First Amended Class Action Complaint [Doc. No. 26];

    2.    Plaintiffs in *Author's Guild v. OpenAI,* 23-cv-8292 and *Alter v. OpenAI,* 23-cv-10211 shall have until February 2, 2024, in which to file a consolidated class action complaint;

3.      Defendants in *Author's Guild v. OpenAI*, 23-cv-8292 and *Alter v. OpenAI*, 23-cv-10211 shall have until February 16, 2024, to respond to the consolidated class action complaint; and

4.      All other dates set forth in the Joint Stipulation and Order Regarding Motions for Summary Judgment, Class Certification, and Discovery Schedule [Doc. No. 56 in 23-cv-8292 and Doc. No. 31 in 23-cv-10211] remain as set forth in that document.

Dated: New York, New York
       January 24, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.