**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:23-cv-10211-SHS <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI").

        Joseph R. Wetzel
        Latham & Watkins LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA, 94111
        Telephone: (415) 391-0600
        Facsimile: (415) 395-8095
        Email: joe.wetzel@lw.com

Dated: January 29, 2024
     San Francisco, California

        Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Joseph R. Wetzel
Joseph R. Wetzel
505 Montgomery Street, Suite 2000
San Francisco, CA, 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: joe.wetzel@lw.com

*Attorneys for Defendant OpenAI*