**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>OPENAI INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>      Defendants. | Case No. 1:23-cv-10211-SHS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI").

              Sarang V. Damle
              Latham & Watkins LLP
              1271 Avenue of the Americas
              New York, New York, 10020
              Telephone: (212) 906-1200
              Facsimile: (212) 751-4864
              Email: sy.damle@lw.com

Dated: January 29, 2024
   New York, New York
              Respectfully submitted,

              **LATHAM & WATKINS LLP**

/s/ Sarang V. Damle
Sarang V. Damle
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: sy.damle@lw.com

*Attorneys for Defendant OpenAI*
