UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>OPENAI INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>      Defendants. | Case No. 1:23-cv-10211-SHS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

  The motion of Andrew M. Gass for admission to practice *pro hac vice* in the above-captioned matter is granted.

  Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

  Applicant's Name: Andrew M. Gass
  Firm Name: Latham & Watkins LLP
  Address: 505 Montgomery Street, Suite 2000
  City/State/Zip: San Francisco, CA 94111
  Telephone: (415) 391-0600
  Fax: (415) 395-8095

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI

Global, LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, (together, "OpenAI"), in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2024

_____
United States District Judge Sidney H. Stein