UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD *et al*., individually and on behalf of others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>               Defendants. | Case No. 1:23-cv-08292-SHS<br>Case No. 1:23-cv-10211-SHS<br>Case No. 1:23-cv-11195-SHS<br>Case No. 1:24-cv-00084-SHS<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE AND DISMISS, STAY OR TRANSFER** |
| JONATHAN ALTER *et al*., on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>               Defendants. | |
| THE NEW YORK TIMES COMPANY<br><br>             Plaintiffs,<br><br>      v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC,<br><br>             Defendants. | |

NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated,

                     Plaintiffs,

   v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, L.L.C., OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC,

                     Defendants.

PLEASE TAKE NOTICE that Plaintiffs in the substantially similar first-filed case, *In re OpenAI ChatGPT Litigation*, pending in the Northern District of California, Master File No. 3:23-cv-03223-AMO (N.D. Cal. 2023) ("*In re ChatGPT Litigation*"), on behalf of themselves and others similarly situated, hereby move this Court before the Honorable Sidney H. Stein, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, to intervene and to dismiss, or in the alternative to stay or transfer, the following actions to the Northern District of California pursuant to Rule 24 of the Federal Rules of Civil Procedure and the first-to-file rule: 1) *Authors Guild et al. v. OpenAI Inc. et al.*, Case No. 1:23-cv-08292-SHS; 2) *Alter et al. v. OpenAI Inc.et al.*, Case No. 1:23-cv-10211-SHS; 3) *Basbanes et al. v. Microsoft Corp.*, Case No. 1:24-cv-00084; 4) *The N.Y. Times Co. v. Microsoft Corp. et al.*, Case No. 1:23-cv-11195-SHS.

In support of the Motion, Plaintiff-Intervenors rely on the accompanying Memorandum of Law, the Declaration of Christopher J. Hydal, the files and docket in *In re ChatGPT Litigation*, the files and dockets in the actions referred to above, and any other written or oral argument as may be requested by the Court.

Dated: February 12, 2024          By:     */s/ Christopher J. Hydal*
                                              Christopher J. Hydal

                                          Christopher J. Hydal
                                          **JOSEPH SAVERI LAW FIRM, LLP**
                                          40 Worth Street, Suite 602
                                          New York, NY 10013
                                          Telephone: (646) 527-7310
                                          Facsimile:  (212) 202-7678
                                          Email:     chydal@saverilawfirm.com

1

Joseph R. Saveri (*pro hac vice forthcoming*)
Cadio Zirpoli (*pro hac vice forthcoming*)
Christopher K. L. Young (*pro hac vice forthcoming*)
Holden Benon (*pro hac vice forthcoming*)
Aaron Cera (*pro hac vice forthcoming*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         czirpoli@saverilawfirm.com
         cyoung@saverilawfirm.com
         hbenon@saverilawfirm.com
         acera@saverilawfirm.com

Matthew Butterick (*pro hac vice forthcoming*)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323)968-2632
Facsimile:   (415) 395-9940
Email:       mb@butericklaw.com

Bryan L. Clobes (pro hac vice forthcoming)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:    215-864-2800
Email:        bclobes@caffertyclobes.com

Alexander J. Sweatman (pro hac vice forthcoming)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    312-782-4880
Email:        asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:         dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

2