# EXHIBIT A



**STATE OF COLORADO,** ss:

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JARED B. BRIANT**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __25th__ day of __October__ A.D. __2004__ and that at the date hereof the said __JARED B. BRIANT__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __23rd__ day of __February__ A.D. __2024__

*Cheryl Stevens*
Clerk

By _Myra Sanchez_
Deputy Clerk