UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated., <br><br>  Plaintiffs, <br><br> v. <br><br> OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, <br><br>  Defendants. | Case No.: 1:23-cv-08292-SHS <br> Case No.: 1:23-cv-10211-SHS <br> Case No.: 1:24-cv-00084-SHS |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, <br><br>  Defendants. | |

| |
|---|
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated, <br><br>      Plaintiffs, <br><br>  v. <br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, L.L.C., OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC., <br><br>      Defendants. |

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Sheryl Garko hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Microsoft Corporation in the above-captioned actions.

I am a member in good standing of the Bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: March 28, 2024          By: */s/ Sheryl Garko*

                     Sheryl Garko
                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                     222 Berkeley Street, Suite 2000
                     Boston, MA 02116
                     Telephone (617) 880-1919
                     sgarko@orrick.com

                     *Attorneys for Defendant*
                     *Microsoft Corporation*