**Notice of Appeal to a Court of Appeals**
**From a Judgment or Order of a District Court.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, *ET AL.*, <br><br> Plaintiffs, <br> -v- <br><br> OPEN AI, INC., *ET AL.*, <br><br> Defendants. | File Number 1:23-CV-8292 (SHS) <br><br> **NOTICE OF APPEAL** |
| JONATHAN ALTER, *ET AL.*, <br><br> Plaintiffs, <br> -v- <br><br> OPEN AI, INC., *ET AL.*, <br><br> Defendants. | 23-CV-10211 (SHS) |
| NICHOLAS A. BASBANES and <br> NICHOLAS NGAGOYEANES, <br><br> Plaintiffs, <br> -v- <br><br> MICROSOFT CORPORATION, *ET AL.*, <br><br> Defendants. | 24-CV-84 (SHS) |
| THE NEW YORK TIMES COMPANY, <br><br> Plaintiff, <br> -v- <br><br> MICROSOFT CORPORATION, *ET AL.*, <br><br> Defendants. | 23-CV-11195 (SHS) |

Notice is hereby given that California Plaintiffs Paul Tremblay et al., ("California Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from an order (ECF No. 100) denying California Plaintiffs' motions to intervene for the purpose of transferring, staying, or dismissing the New York Actions. Entered in this action on the 12th day of April 2024.

Dated: April 12, 2024                        */s/ Christopher J. Hydal*
                                                     Chrisopher J. Hydal

                                             Christopher J. Hydal
                                             **JOSEPH SAVERI LAW FIRM, LLP**
                                             40 Worth Street, Suite 602
                                             New York, NY 10013
                                             Telephone: (646) 527-7310
                                             Facsimile: (212) 202-7678
                                             Email: chydal@saverilawfirm.com

California Plaintiffs Tremblay et al.