**MORRISON FOERSTER**

12531 HIGH BLUFF DRIVE
SUITE 100
SAN DIEGO
CALIFORNIA 92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

January 10, 2025

Writer's Direct Contact
+1 (858) 314-7601
JLanham@mofo.com

**VIA ECF**

The Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Authors Guild et al. v. OpenAI Inc. et al.*, No. 1:23-cv-9292
Corrected Declaration of Nick Ryder in Support of Defendants' Opposition to Plaintiffs' Letter Brief

Dear Judge Wang:

The OpenAI defendants respectfully submit a corrected version of the declaration appearing at ECF 282.  This version addresses an error in the legal name of the declarant's employer and corrects the number of a model referenced in Footnote 1.  It does not contain other changes.

Sincerely,

*/s/ John R. Lanham*

John R. Lanham (admitted *pro hac vice*)