# EXHIBIT F

```
user
Can you provide a detailed summary of A Game of Thrones?
ChatGPT
```
Certainly! "A Game of Thrones" is the first book in the "A Song of Ice and Fire" series by George R.R. Martin. Here's a detailed summary:

**Setting:**
The story is set in the fictional continents of Westeros and Essos. The Seven Kingdoms of Westeros are ruled from the Iron Throne in the capital city, King's Landing. The majority of the story takes place in Westeros, which is experiencing a long summer that has lasted a decade but is warned to face an impending long winter.

**Prologue:**
Members of the Night's Watch, a sworn brotherhood tasked with defending the realm from threats beyond the Wall (a giant ice structure in the North), are attacked by mysterious and deadly creatures known as the White Walkers, thought to be mere legends.

**Main Plot Points:**

1. **Stark Family in Winterfell:**
   - Eddard (Ned) Stark is the Warden of the North, ruling from Winterfell.
   - King Robert Baratheon, Ned's old friend, visits Winterfell to ask Ned to become his Hand of the King after the previous Hand, Jon Arryn, died under suspicious circumstances.
   - Ned reluctantly accepts to investigate Jon Arryn's death.
   - Ned's wife, Catelyn, receives a letter from her sister Lysa (Jon Arryn's widow) suggesting the Lannisters might be behind Arryn's death.
   - Bran, Ned's young son, accidentally witnesses Queen Cersei Lannister and her brother Jaime Lannister in an intimate relationship. Jaime pushes Bran off a tower to keep the secret, but Bran survives, albeit in a coma.

2. **King's Landing:**
   - Ned arrives in the capital with his daughters Sansa and Arya.
   - He becomes embroiled in court politics and discovers that none of King Robert's children are biologically his; they are products of incest between Cersei and Jaime Lannister.
   - King Robert dies in a hunting accident, which was a plot by Cersei.
   - Ned attempts to challenge Joffrey's claim to the throne but is betrayed by Petyr Baelish and imprisoned for treason.
   - Arya escapes the Red Keep, while Sansa remains as a hostage.

3. **The Lannisters:**
   - Tyrion Lannister, Jaime and Cersei's dwarf brother, is wrongly accused by Catelyn Stark of attempting to murder Bran and is taken prisoner.
   - In a trial by combat at the Eyrie (Lysa Arryn's stronghold), Tyrion gains his freedom.

4. **Daenerys Targaryen in Essos:**
   - Across the Narrow Sea on the continent of Essos, the last surviving Targaryens, Viserys and Daenerys, are in exile after being overthrown by King Robert.
   - Viserys marries off Daenerys to Khal Drogo, a powerful Dothraki warlord, in hopes of using Drogo's army to reclaim the throne.
   - Daenerys eventually embraces her role as Khaleesi (queen) and stands up to Viserys. Viserys is killed by Drogo.

    - Daenerys becomes pregnant but loses her child and husband due to the witchcraft of a healer named Mirri Maz Duur. In grief, Daenerys hatches three petrified dragon eggs she had received as wedding gifts, giving birth to three dragons.

5. **The North and Beyond the Wall:**
    - Jon Snow, Ned Stark's bastard son, joins the Night's Watch. He befriends Samwell Tarly and discovers unsettling changes beyond the Wall, including the re-emergence of the White Walkers.
    - The direwolves, the Stark children's pets, play significant roles throughout. Ghost, Jon's direwolf, discovers a cache of obsidian weapons.

**Ending:**
Ned Stark is executed on the orders of Joffrey Baratheon, leading to the Stark family and the North rallying for war against the Lannisters. Robb Stark, Ned's eldest son, is proclaimed King in the North.

Throughout the book, themes of political intrigue, betrayal, honor, and power dynamics are heavily explored, setting the tone for the series.

This summary covers the major events of "A Game of Thrones" but doesn't dive deep into every subplot or character arc. The novel is rich in detail, world-building, and character development.

CONFIDENTIAL

user
Can you write a detailed outline for a sequel to "A Clash of Kings" that is different from "A Storm of Swords" and takes the story in a different direction?
ChatGPT
Absolutely! Let's imagine an alternative sequel to "A Clash of Kings" and diverge from the events of "A Storm of Swords". We'll call this sequel "A Dance with Shadows."

**A Dance with Shadows: An Alternative Sequel to A Clash of Kings**

1. **The Iron Throne's New Claimant**:
   - A distant relative of the Targaryens, Lady Elara, lands in Westeros with a claim to the Iron Throne and an army she raised in Essos. She quickly garners support, further complicating the War of the Five Kings.

2. **Robb's Southern Alliance**:
   - Instead of being betrayed, Robb Stark creates a surprise alliance with Renly Baratheon's remaining supporters, drastically changing the balance of power in the war.

3. **Tyrion's Exile**:
   - After the Battle of Blackwater, Tyrion Lannister is falsely blamed for the near loss and is sent into exile, where he starts his own campaign against his family's treacherous allies.

4. **Sansa's Escape**:
   - Sansa Stark manages to escape King's Landing with the help of an unlikely ally, Ser Dontos, and takes refuge with Lady Olenna in Highgarden.

5. **Daenerys' Divergence**:
   - Rather than journeying to Slaver's Bay, Daenerys hears of Lady Elara's claim and decides to move directly to Westeros, landing in Dorne and allying with the Martells.

6. **Bran's Southern Journey**:
   - Bran, instead of heading North, decides to go South to warn his family of the impending threat from the White Walkers. Along the way, he discovers more about his warging abilities and has visions of past Targaryen rulers.

7. **The Night's Watch & The Wildlings**:
   - Jon Snow brokers peace with Mance Rayder without the involvement of Stannis. The Night's Watch and the Wildlings forge an alliance to face the supernatural threats from beyond the Wall.

8. **The Greyjoy Rebellion**:
   - Balon Greyjoy declares himself King of all Westeros and starts a massive naval campaign, causing chaos on all coasts and drawing the Lannisters' attention away from their war with the Starks.

9. **Arya's Return**:
   - Arya Stark, instead of going to Braavos, becomes an apprentice to Lady Stoneheart and learns guerrilla warfare tactics, striking against Lannister outposts.

10. **Dragonstone's Secrets**:

    - Stannis, fueled by Melisandre's prophecies, discovers ancient dragon-related magic in Dragonstone that gives him a new, mystical edge in his claim for the throne.

11. **Cersei's Ambitions**:
    - Seeing threats on all sides, Cersei Lannister resorts to using wildfire in various battles, gaining a fearsome reputation and leading a brutal campaign against her enemies.

12. **The Blackfyre Revelation**:
    - Lady Elara is revealed to be a descendant of the Blackfyre line, causing division among her supporters and introducing a new dimension to the Targaryen legacy.

13. **The Citadel's Prophecy**:
    - Sam Tarly uncovers an old prophecy at the Citadel which hints at a union of the direwolf and the dragon as Westeros' only hope against the impending darkness.

14. **The Great Council**:
    - With wars ravaging Westeros, a Great Council is called at Harrenhal. The major houses must decide on a single ruler to face the White Walker threat, leading to intense political games and unexpected alliances.

15. **The Shadows Beyond**:
    - Reports come of a mysterious and dark force assisting the White Walkers, introducing a new villain - a rogue sect of the Children of the Forest aiming to reclaim Westeros.

The novel would set up for an epic confrontation between the combined forces of Westeros and the supernatural entities threatening to plunge the continent into eternal winter.

Again, this is purely speculative and meant for imaginative fun! It's always intriguing to envision alternative paths a story might take.

CONFIDENTIAL
FICTION-0072193

user
Can you write a detailed outline for a prequel to "A Game of Thrones" set 30 years before the events of the novel? Feature a young Ned Stark as a protagonist. Create scenarios and events that are set in the Game of Thrones world and set up the coming storyline of A Game of Thrones series

ChatGPT
Absolutely! Let's dive into a world thirty years prior to "A Game of Thrones" and explore the youth of Ned Stark and his contemporaries. We'll call this prequel "A Dawn of Direwolves."

**A Dawn of Direwolves: A Prequel to A Game of Thrones**

1. **The Stark Children**:
   - Introduce young Ned Stark, his siblings Brandon, Lyanna, and Benjen, as well as their father, Lord Rickard Stark. Explore their close-knit bond and early lessons of honor, duty, and Northern traditions.

2. **The Tournament at Lannisport**:
   - A grand tournament is announced at Lannisport, drawing knights and lords from all over Westeros. This serves as the backdrop for many of the novel's early events and introduces a young and reckless Jaime Lannister and a charming Rhaegar Targaryen.

3. **Lyanna's Suitor**:
   - Robert Baratheon, young and powerful, visits Winterfell with the intent of courting Lyanna Stark. Their budding relationship sets the stage for future events.

4. **The Southron Ambitions**:
   - Rumors spread about Lord Rickard Stark and other major lords having "Southron ambitions", which include fostering stronger ties between the great houses, possibly against the ruling Targaryens.

5. **Ned's Wardship in the Vale**:
   - Ned and Robert are sent to be fostered in the Vale under Jon Arryn. Here, Ned forms a bond with both Robert and Jon, and learns about leadership and governance.

6. **The Braavos Expedition**:
   - Ned is sent on a diplomatic mission to Braavos to negotiate trade terms. He encounters the Faceless Men and the Water Dancers, providing a deeper look into the Essos culture.

7. **Duskendale's Defiance**:
   - The Darklyn house of Duskendale holds King Aerys II captive, hinting at the Mad King's increasing instability. This event dramatically shifts the political climate of Westeros.

8. **Rhaegar's Melancholy**:
   - Intimate looks into the life of Prince Rhaegar Targaryen, his growing melancholy, his love for the harp, and his obsession with prophecies.

9. **The Whispering Woods Encounter**:

CONFIDENTIAL
FICTION-0072194

   - While traveling, Ned and his party are ambushed by outlaws in the Riverlands. He's saved by a young, fierce woman from the island of Tarth. This creates a brief but deep connection between them.

10. **The Rise of the Sparrows**:
   - A younger High Sparrow starts to gain influence, reflecting on the increasing power of the Faith Militant and setting the stage for religious fervor in the later books.

11. **Betrothals and Alliances**:
   - Political maneuverings see various betrothals being arranged across Westeros, weaving a complex web of alliances and rivalries.

12. **Lyanna's Wolf Blood**:
   - Lyanna's strong-willed nature, her love for riding, and her occasional clashes with Robert highlight her "wolf blood" and hint at the tragic events to come.

13. **The Mad King's Paranoia**:
   - Aerys II, further succumbing to his paranoia, starts seeing enemies everywhere, leading to rash decisions, laying the groundwork for the future rebellion.

14. **Visions in the North**:
   - A wildling seer warns of the dangers beyond the Wall. Her prophecies mostly go unheeded but set an ominous tone for the larger threat facing Westeros.

15. **The Dragon's Last Flight**:
   - The narrative culminates with Rhaegar's private visit to the North. He encounters Lyanna in the Winterfell godswood, marking the beginning of a secretive relationship that would change the fate of the Seven Kingdoms.

The novel would end with the looming shadow of conflict as the tensions between the Targaryens and major houses rise, setting the stage for Robert's Rebellion and the events of "A Game of Thrones."

This outline would provide fans a deeper understanding of the relationships, events, and decisions that led to the War of the Five Kings while offering new insights into beloved characters.

CONFIDENTIAL
FICTION-0072195

user
Can you summarize the last chapter of "The Armageddon Rag"

ChatGPT
Certainly!

In "The Armageddon Rag," the final chapter serves as a culmination of Sandy Blair's journey, both in his investigation of the mysterious events surrounding the band Nazgûl and in his own personal reconnection with the past.

**Final Chapter Summary**:

The climax sees the reformed Nazgûl performing their comeback concert in West Mesa near Albuquerque. Sandy Blair, after realizing the dark supernatural forces at play and the deadly intentions behind the concert, rushes to stop it. The concert, if completed, would usher in chaos and serve as a conduit for dark powers to reshape the world.

As the concert progresses, the energy of the crowd intensifies. The supernatural is palpable. The spirit of Hobbins, Nazgûl's original frontman, is present, and there's an impending sense of doom. The tension rises as Sandy tries to navigate the frenzied crowd and confront the band.

In the final moments, Ananda (Edan Morse's girlfriend and the story's antagonist) tries to use her magical abilities to complete the ritual and bring about the apocalypse. However, the day is saved in an unexpected manner. Maggi, Sandy's former lover and the band's original spiritual core, takes the stage. Through the power of her love and the music, she counteracts the dark magic, preventing the catastrophic event.

The book concludes with Sandy, older and wiser, reflecting on his journey. He's reconnected with his past, confronted his personal demons, and played a role in stopping a supernatural disaster. The story ends with a sense of melancholy and introspection, capturing the fleeting nature of youth and the 1960s counterculture.

This is a summary based on the novel's broad themes and events, and individual readers might interpret specific elements differently.

CONFIDENTIAL