**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of October, two thousand twenty-four.

---

Paul Tremblay, et al.,

    Third-Party-Plaintiffs - Appellants,

v.

Julian Sancton, on behalf of himself and all others similarly situated, et al.,

    Plaintiffs-Appellees,

v.

David Henry Hwang,

    Third-Party-Defendant - Appellant,

v.

Microsoft Corporation,

    Defendant – Appellee.

---

**ORDER**

Docket No. 24-1016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 04, 2024

Appellants move for a voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/04/2024