UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JONATHAN ALTER, et al.,

               Plaintiffs,

           -against-

OPENAI INC., et al.,

               Defendants.
------------------------------------------------------------x

23-CV-10211 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding letter motion to compel at ECF 142. The motion at ECF 142 is a public, redacted version of an identical letter motion filed under seal at ECF 141. Because the Court denied ECF 141 at ECF 173, ECF 142 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 142.

**SO ORDERED.**

Dated: January 17, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge