UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JONATHAN ALTER, et al.,                          :
                                                 :
                       Plaintiffs,               :     23-cv-10211 (SHS) (OTW)
                                                 :
            -against-                            :
                                                 :
OPENAI INC., et al.,                             :     **ORDER**
                                                 :
                       Defendants.               :
                                                 :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are several outstanding motions seeking conferences regarding various discovery disputes. (*See* ECF Nos. 199, 201, 202, 224, 225, 226, 229, 231, 232, 233, 262, 264). Because the Court held a status conference on January 22, 2025, (*see* 23-CV-11195, ECF 441), and the Court has scheduled another status conference for April 10, 2025, these motions are **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF Nos. 199, 201, 202, 224, 225, 226, 229, 231, 232, 233, 262, and 264.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*
Dated: March 25, 2025                                   **Ona T. Wang**
       New York, New York                               United States Magistrate Judge