UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, BELFRY HOLDINGS, INC., MARY BLY, COLUMBUS ROSE, LTD., MICHAEL CONNELLY, SYLVIA DAY, ELOISA JAMES, INC., JONATHAN FRANZEN, JOHN GRISHAM, HIERONYMUS, INC., ELIN HILDERBRAND, CHRISTINA BAKER KLINE, S.C.R.I.B.E., INC., SPLENDIDE MENDAX, INC, SYLVIA DAY LLC, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | ECF CASE <br><br> No. 1:23-cv-08292-SHS; <br> No. 1:23-cv-10211-SHS <br><br> **JURY TRIAL DEMANDED** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, TOUGH JEWS, INC., and SIMON WINCHESTER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, | |

1

> v.
>
> OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,
>
> Defendants.

## AUTHOR PLAINTIFFS' MOTION TO SEAL

Under paragraph 25 of the Stipulated Protective Order in this case (Dkt. 338), Author Plaintiffs respectfully seek to provisionally file under seal portions of their letter motion to compel. The letter motion seeks a conference to discuss a discovery dispute—specifically, OpenAI's various assertions of privilege in its redacted documents and privilege log entries. The Author Plaintiffs seek to file portions of this letter motion and the exhibits under seal because both discuss documents that OpenAI has designated as Protected Discovery Material under the Protective Order. Dkt. 338 ¶ 25. The Author Plaintiffs do not affirmatively seek to seal any material. Under the Protective Order, OpenAI has five business days to file a statement of reasons why the material should be sealed. *Id*. The Author Plaintiffs will review OpenAI's filings, and if necessary, confer about any disagreement.

Dated:  March 31, 2025

*/s/ Rachel Geman*
Rachel Geman
Anna J. Freymann
Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
afreymann@lchb.com
wdozier@lchb.com

Reilly T. Stoler (pro hac vice)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
rstoler@lchb.com

*/s/ Scott J. Shoulder*
Scott J. Shoulder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP
60 Broad Street, 30th Floor
New York, NY 10010
Tel.: 212.974.7474
ssholder@cdas.com
ccole@cdas@com

*/s/ Rohit D. Nath*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Amber Magee (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713.651.9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
amagee@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: 310.789.3100
rnath@susmangodfrey.com

J. Craig Smyser
Charlotte Lepic
SUSMAN GODFREY L.L.P.
One Manhattan West, 51st Floor
New York, NY 10001
Tel.: 212.336.8330
csmyser@susmangodfrey.com
clepic@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: 206.516.3880
jconnors@susmangodfrey.com

***Interim Class Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify this 31st day of March 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

*/s/ Amber B. Magee*
Amber B. Magee