# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>                            Plaintiffs,<br><br>                v.<br><br>OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>                            Defendants.<br><br>JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>                v.<br><br>OPENAI, INC., OPENAI OPCO LLC, OPENAI GP, LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND | <u>Consolidated Cases:</u><br>Case No. 1:23-cv-08292-SHS-OTW<br>Case No. 1:23-cv-10211-SHS-OTW<br>Case No. 1:24-cv-00084-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |

|  |
|---|
| MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>                    Defendants. |
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, L.L.C., OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>                    Defendants. |

**PLEASE TAKE NOTICE** that Brianna Lynn Silverstein of the law firm of Faegre Drinker Biddle & Reath LLP, 1500 K Street NW, Suite 1100, Washington, DC 20005, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned matter.

Dated: January 21, 2025

                                          FAEGRE DRINKER BIDDLE & REATH LLP

                                          By: */s/ Brianna Lynn Silverstein*
                                                  Brianna Lynn Silverstein
                                                  1500 K Street NW
                                                  Suite 1100
                                                  Washington, DC 20005
                                                  Tel:  (202) 842-8800
                                                  brianna.silverstein@faegredrinker.com

                                          *Counsel for Defendant Microsoft Corporation*