**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| JONATHAN ALTER, et al., | : | |
| Plaintiffs, | : | 23-cv-10211 (SHS) (OTW) |
| -against- | : | |
| OPENAI INC., et al., | : | **ORDER** |
| Defendants. | : | |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are outstanding motions regarding the entry of a deposition coordination protocol and for a conference regarding a discovery dispute. (ECF 187, 197). Because the Court has held several "settlement conferences" regarding the deposition protocol, (*see* 23-CV-8292, ECF 321, 330), and has already ruled on the motion at ECF 197, (*see* 23-CV-8292, ECF 291, 293), these motions are **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF Nos. 187 and 197.

**SO ORDERED.**

Dated: April 1, 2025
      New York, New York

                               *s/ Ona T. Wang*
                               **Ona T. Wang**
                               United States Magistrate Judge