# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>OPEN AI INC., et al.,<br><br>    Defendants. | ECF CASE<br><br>No. 1:23cv-08292-SHS-OTW<br>No. 1:23-cv-10211-SHS-OTW |
| JONATHAN ALTER, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>OPEN AI INC., et al.,<br><br>    Defendants | **DEFENDANT MICROSOFT CORPORATION'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

**DEFENDANT MICROSOFT CORPORATION'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Microsoft Corporation ("Microsoft") responds to Plaintiffs' Second Set of Requests for Production of Documents ("Requests") as follows:

**GENERAL OBJECTIONS**

Microsoft's responses are subject to the following objections to the "Definitions" and "Instructions" provided with the Requests, each of which is hereby incorporated by reference into Microsoft's responses below. If Microsoft objects to a definition of a term and that term is used in

in that this phrase is undefined. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information concerning all LLMs utilized in Microsoft products, regardless of whether they have been identified in the Consolidated Complaint and/or bear any relation to the LLMs at issue in these Actions. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it seeks information related to Microsoft products that bear no relationship to Plaintiffs' infringement allegations in the Consolidated Complaint, which focus on training of the Relevant Generative AI Models.

Microsoft responds as follows: Microsoft will not currently search for documents responsive to this Request but is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 62:**

**Documents** sufficient to identify **Your** gross revenues, net revenues, and profits, by month, from Your commercial products that include or use **ChatGPT** or **Large Language Models**.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

Microsoft incorporates by reference and reasserts its General Objections to Plaintiffs' "Definitions" set forth above. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information concerning all LLMs utilized in Microsoft products, regardless of whether they have been identified in the Consolidated Complaint and/or bear any relation to the LLMs at issue in these Actions. Microsoft also objects to this Request to the extent it seeks information on revenues, which are not relevant to the allegations in the Consolidated Complaint. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it seeks information related to commercial products that bear no

relationship to Plaintiffs' infringement allegations in the Consolidated Complaint, which focus on training of the Relevant Generative AI Models.

Microsoft responds as follows: Microsoft will not currently search for documents responsive to this Request but is willing to meet and confer regarding the scope of this Request.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 62 (January 13, 2025):**

Microsoft further objects to this Request as irrelevant, vague, ambiguous, overly broad, and not proportional to the needs of the case because it seeks documents and information concerning commercial products and LLMs which have not been identified in the Consolidated Complaint and bear no relation to the claims and defenses in this Action. (*See* ECF No. 293, at 3 (denying Plaintiffs' letter motion seeking discovery regarding Microsoft's LLMs) and ECF No. 293, at 5 (denying News Plaintiffs' letter motion seeking discovery regarding future products not named in the complaint)).

Subject to these objections, Microsoft further responds as follows: Microsoft will conduct a reasonable search and produce responsive, nonprivileged documents, if any, to the extent they can be located as a result of a reasonable search, sufficient to show gross revenues, net revenues, and profits, for products identified in the Consolidated Complaint and relevant to the claims and defenses in this case, to the extent the pricing for those products is specific to providing OpenAI GPT LLM capability. Microsoft reserves all rights to dispute such causal connection and to identify revenue and/or profits attributable to factors other than the alleged copyrighted works.

**REQUEST FOR PRODUCTION NO. 63:**

**Documents** sufficient to show the gross revenues, net revenues, and profits, by month, generated by each **Large Language Model You** have commercialized, sold, and/or licensed, either as a standalone product or as part of another product.

33

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

Microsoft incorporates by reference and reasserts its General Objections to Plaintiffs' "Definitions" set forth above. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information concerning all LLMs utilized in Microsoft products, regardless of whether they have been identified in the Consolidated Complaint and/or bear any relation to the LLMs at issue in these Actions. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it seeks information related to commercial products that bear no relationship to Plaintiffs' infringement allegations in the Consolidated Complaint, which focus on training of the Relevant Generative AI Models.

Microsoft responds as follows: Microsoft will not currently search for documents responsive to this Request but is willing to meet and confer regarding the scope of this Request.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 63 (January 13, 2025):**

Microsoft further objects to this Request as irrelevant, vague, ambiguous, overly broad, and not proportional to the needs of the case because it is not limited to products reasonably related to the alleged infringement and seeks documents and information concerning products and LLMs which have not been identified in the Consolidated Complaint and bear no relation to the claims and defenses in this Action. (*See* ECF No. 293, at 3 (denying Plaintiffs' letter motion seeking discovery regarding Microsoft's LLMs) and ECF No. 293, at 5 (denying News Plaintiffs' letter motion seeking discovery regarding future products not named in the complaint)).

Subject to these objections, Microsoft further responds as follows: Microsoft will conduct a reasonable search and produce responsive, nonprivileged documents, if any, to the extent they can be located as a result of a reasonable search, sufficient to show gross revenues, net revenues,

34

and profits, for products identified in the Consolidated Complaint and relevant to the claims and defenses in this case, to the extent the pricing for those products is specific to providing OpenAI GPT LLM capability. Microsoft reserves all rights to dispute any causal connection between revenue and the alleged infringement and to identify revenue and/or profits attributable to factors other than the alleged copyrighted works.

**REQUEST FOR PRODUCTION NO. 64:**

**Document sufficient to show Your** balance sheet, income statement, and cash flow statement, on a monthly basis during the relevant time period.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

Microsoft incorporates by reference and reasserts its General Objections to Plaintiffs' "Definitions" set forth above. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests financial information that is not tailored to and/or does not bear any relation to the allegations in the Consolidated Complaint.

Microsoft responds as follows: Microsoft will not search for and produce documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 65:**

All **Documents Concerning** or **Relating to** predictions, forecasts, or projections of profits, revenues or cash flows of **OpenAI** or from **Large Language Models** or products using or containing **Large Language Models**.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

Microsoft incorporates by reference and reasserts its General Objections to Plaintiffs' "Definitions" set forth above. Microsoft also objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks "[a]ll Documents."

35

Microsoft also objects to the Request to the extent that it seeks information related to predictions, forecasts, or projections of profits, revenues, or cash flows of OpenAI as requesting documents that are not in Microsoft's possession, custody, or control. Microsoft also objects to this Request to the extent it seeks information regarding predictions, forecasts, and projections, which are not relevant to the allegations in the Consolidated Complaint. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information concerning all LLMs utilized in Microsoft products, regardless of whether they have been identified in the Consolidated Complaint and/or bear any relation to the LLMs at issue in these Actions. Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it seeks information related to commercial products or services that bear no relationship to Plaintiffs' infringement allegations in the Consolidated Complaint, which focus on training of the Relevant Generative AI Models.

Microsoft responds as follows: Microsoft will conduct a reasonable search and produce responsive, nonprivileged documents, if any, concerning predictions, forecasts, or projections of profits, revenues, or cash flows of OpenAI and is willing to meet and confer regarding the scope of this Request.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 65 (January 13, 2025):**

Microsoft further objects to this Request as irrelevant, vague, ambiguous, overly broad, and not proportional to the needs of the case because it is not limited to products reasonably related to the alleged infringement and seeks documents and information concerning products and LLMs which have not been identified in the Consolidated Complaint and bear no relation to the claims and defenses in this Action. (*See* ECF No. 293, at 3 (denying Plaintiffs' letter motion seeking

36

discovery regarding Microsoft's LLMs) and ECF No. 293, at 5 (denying News Plaintiffs' letter motion seeking discovery regarding future products not named in the complaint)).

Subject to these objections, Microsoft further responds as follows: Microsoft will conduct a reasonable search and produce responsive, nonprivileged documents, if any, to the extent they can be located as a result of a reasonable search, sufficient to show predictions, forecasts, or projections of profits, revenues, or cash flows for products identified in the Consolidated Complaint and relevant to the claims and defenses in this case, to the extent the pricing for those products is specific to providing OpenAI GPT LLM capability. Microsoft reserves all rights to dispute any causal connection between any revenue and the alleged infringement and to identify revenue and/or profits attributable to factors other than the alleged copyrighted works.

**REQUEST FOR PRODUCTION NO. 66:**

All presentations, memoranda, or other **Documents** provided to **Your** Board of Directors **Concerning** or **Relating to OpenAI**'s development of Large Language Models.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

Microsoft incorporates by reference and reasserts its General Objections to Plaintiffs' "Definitions" set forth above. Microsoft also objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks "[a]ll Documents." Microsoft further objects to this Request as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information concerning all LLMs, regardless of whether they have been identified in the Consolidated Complaint and/or bear any relation to the LLMs at issue in these Actions.

Subject to these objections, Microsoft responds as follows: Microsoft has produced documents responsive to this Request and will produce responsive, nonprivileged documents that

Dated: January 13, 2025							Respectfully submitted,

/s/ Jared B. Briant
Jared B. Briant (Admitted Pro Hac Vice)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jared.briant@faegredrinker.com

Annette L. Hurst (Admitted Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: ahurst@orrick.com

Sheryl Garko (Admitted Pro Hac Vice)
Laura Najemy (Admitted Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
Email: sgarko@orrick.com
           lnajemy@orrick.com

Christopher Cariello
Marc Shapiro
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
Facsimile: (212) 506-5151
Email: ccariello@orrick.com
           mrshapiro@orrick.com

Jeffrey S. Jacobson
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: jeffrey.jacobson@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

47

## PROOF OF SERVICE VIA ELECTRONIC MAIL

On January 13, 2025, per the parties' agreements, I directed **DEFENDANT MICROSOFT CORPORATION'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be served via electronic mail upon:

*Alter-AI-TT@simplelists.susmangodfrey.com*

Rachel Geman
Anna Josefine Freymann
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212.355.9500

Reilly T. Stoler
Ian M. Bensberg
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  415.956.1000

Justin A. Nelson
Alejandra C. Salinas
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366

Wesley Dozier
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000

Scott J. Shoulder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP
60 Broad St., 30th Floor
New York, NY 10004
Telephone: 212.974.7474

J. Craig Smyser
Charlotte Lepic
SUSMAN GODFREY L.L.P.
One Manhattan West
Ste. 50th Fl.
New York, NY 100001
Telephone: 212.336.8330

Rohit D. Nath
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310.789.3100

*KVPOAI@keker.com*

Robert A. Van Nest
R. James Slaughter
Katie L. Joyce
Michelle S. Ybarra
Nicholas S. Goldberg

Thomas E. Gorman
Paven Malhotra
Christopher S. Sun
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: 415.391.5400

*OpenAICopyrightLitigation.lwteam@lw.com*

Sarang Damle
Elana N. Dawson
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: 202.637.2200

Andrew Gass
Joseph Richard Wetzel, Jr.
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Allison Levine Stillman
Rachel R. Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

*OpenAICopyright@mofo.com*

Joseph C. Gratz
Vera Ranieri
Andrew L. Perito
Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7522

Allyson R. Bennett
Rose S. Lee
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Eric Nikolaides
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
Telephone: 212.468.8000

     */s/ Shelley M. Meyer*
     Shelley M. Meyer