**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                                      :
                                                            :
OPENAI, INC.,                                               :   25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                          :
                                                            :
                                                            :   **ORDER**
This Document Relates To:                                   :
**All Actions**                                             :
                                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person Discovery Status Conference for all actions under 25-md-3143 on **May 27, 2025, at 9:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties to each case or consolidated case are directed to file a joint dispute chart by **May 20, 2025.** For any parties new to this Court, joint dispute charts should identify: (1) the relevant dispute, (2) each party's position in no more than two <u>short</u> paragraphs,[1] (3) the relevant ECF numbers for such dispute (including oppositions and replies), and (4) hyperlinks[2] to relevant ECF filings cited. As the Court has noted before, (*see, e.g.*, Case No. 23-cv-8292, ECF 321), the parties should <u>NOT</u> include any "issues" for which the parties have not fully engaged in the meet and confer process; any such disputes will be denied outright. The parties

---

[1] The recent charts submitted in Case Nos. 23-cv-8292 and 23-cv-11195 contained notably longer "paragraphs" than previous charts. The charts are not intended to reproduce the parties' letter briefs.

[2] The purpose of the hyperlinks is to enable the Court to review the arguments made in the parties' letter briefs.

are encouraged to refer to previous joint dispute charts filed in Case Nos. 23-cv-8292 and 23-cv-11195 for formatting. (*See, e.g.*, 23-cv-8292, ECF No. 397; 23-cv-11195, ECF No. 518).

The Court will issue a separate order regarding the News Plaintiffs' supplemental letter re: potential spoliation of output log data.

**SO ORDERED.**

Dated: May 9, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge