# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: OpenAI, Inc. Copyright Infringement Litigation<br><br>This Document Relates To:<br><br>    Case No. 1:23-cv-11195-SHS-OTW<br>    Case No. 1:24-cv-03285-SHS-OTW<br>    Case No. 1:24-cv-04872-SHS-OTW<br>    Case No. 1:23-cv-08292-SHS-OTW<br>    Case No. 1:23-cv-10211-SHS-OTW<br>    Case No. 1:25-cv-03482-SHS-OTW | 1:25-md-3143-SHS-OTW |

## DEFENDANT MICROSOFT CORPORATION'S JUNE 26, 2025 TECHNOLOGY TUTORIAL DEMONSTRATIVES

---

 Microsoft

# *In re: OpenAI, Inc. Copyright Infringement Litigation* 25-md-3143 (SHS) (OTW)

Microsoft's Technology Tutorial

June 26, 2025

# Agenda

01.  Microsoft's Support of GPT Development

02.  M365 Copilot Product Demonstration

03.  How Grounding (Retrieval-Augmented-Generation) Works

04.  Responsible AI

05.  How New Consumer Copilot Differs from M365 Copilot and Bing Chat

# Microsoft's Support of GPT Development

# Microsoft's Support of GPT Development

## Capital Investment

## Training Infrastructure

- Tens of thousands of GPUs
- High bandwidth, global infrastructure scaling on demand
- Massive parallel training architecture









M365 Copilot Product Demonstration



# What The User Sees





# What The User Sees





# What The User Sees





# What The User Sees



Example 1 – Ideation



# Ideation Prompt



# Ideation Prompt





# Ideation Prompt

what is a good team name for a two-person team in a trivia competition?

 Copilot

● ● ●



# Ideation Prompt

Here are some fun and clever team name ideas for a two-person trivia team:

### 🎯 Clever & Punny

- Quiztopher Nolan
- Smarty Pints
- The Know-It-Alls
- Trivia Newton John
- Let's Get Quizzical

### 🧠 Brainy & Bold

- Double Jeopardy
- The Think Tank
- Mind Over Matter
- Fact Checkers
- The Brain Trust

### 🎭 Pop Culture Inspired

- Dynamic Duo
- The Quizzard of Oz
- Sherlock & Watson
- The Inquizitors
- 2 Fast 2 Curious



# Example 2 – Knowledge Task with Grounding



# Simple Knowledge Task with Grounding





# Simple Knowledge Task with Grounding





# Simple Knowledge Task with Grounding



the Eiffel Tower?

**Copilot**

OK, I'll search for 'Height of Empire State Building and Eiffel Tower'...

# Simple Knowledge Task with Grounding

the Eiffel Tower?

 **Copilot**

The **Empire State Building** and the **Eiffel Tower** are both iconic landmarks, but they differ significantly in height and structure:

## Height Comparison

- **Empire State Building**:
  - Total height (including antenna): **443.2 meters** (1,454 feet)
  - Roof height (excluding antenna): **381 meters** (1,250 feet) 1 3 2

- **Eiffel Tower**:
  - Total height (including antennas): **330 meters** (1,082 feet) 1 3 2

## Summary

The Empire State Building is **about 113 meters (or 372 feet) taller** than the Eiffel Tower when measured from base to tip, including antennas.

Would you like a visual comparison or more details about their architecture or history?

> Show me a visual comparison.    Tell me about their construction history.    



# Simple Knowledge Task with Grounding

### Height Comparison

- **Empire State Building:**
  - Total height (including antenna): **443.2 meters** (1,454 feet)
  - Roof height (excluding antenna): **381 meters** (1,250 feet) ⒈ ⒊ ⒉

- **Eiffel Tower:**
  - Total height (including antennas): **330 meters** (1,082 feet) ⒈ ⒊ ⒉

### Summary

The Empire State Building is **about 113 meters (or 372 feet) taller** than the Eiffel Tower when measured from base to tip, including antennas.

Would you like a visual comparison or more details about their architecture or history?



| 1 | Empire State Building v...  size-explorer.com |
| 2 | The Eiffel Tower's Heig...  explore.com |
| 3 | Eiffel Tower vs. Empire ...  thisvsthat.io |

See all results

Show me a visual comparison.    Tell me about their construction history.





# Simple Knowledge Task with Grounding

Would you like a visual comparison or more details about their architecture or history?

## Sources ⓘ

### Citations

1    **Empire State Building vs Eiffel Tower - Size Explorer**
size-explorer.com

2    **The Eiffel Tower's Height Compared To Other Iconic Structures**
explore.com

3    **Eiffel Tower vs. Empire State Building**
thisvsthat.io

### More

**Charting the Tallest Buildings in the World Side by Side (infographic)**
elitetravelblog.com

**Empire State Building - Wikipedia**
en.wikipedia.org

Show me a visual comparison.    Tell me about their construction history.



# Simple Knowledge Task with Grounding

Would you like a visual comparison or more details about their architecture or history?

## Sources ⓘ

1. **Empire State Building vs Eiffel Tower - Size Explorer**
   size-explorer.com

2. **The Eiffel Tower's Height Compared To Other Iconic Structures**
   explore.com

3. **Eiffel Tower vs. Empire State Building**
   thisvsthat.io

### More

**Charting the Tallest Buildings in the World Side by Side (infographic)**
elitetravelblog.com

**Empire State Building - Wikipedia**
en.wikipedia.org

**The History of the World's Tallest Buildings - Smithsonian Magazine**
smithsonianmag.com

Show me a visual comparison.    Tell me about their construction history.

# How Grounding Works



# retrieval-augmented-generation



# Grounding











## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower





Sydney Orchestrator

## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower





## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower





**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

(Sydney searches for 'height of Eiffel Tower')

(Sydney searches for 'height of Empire State Building')



**Index**

## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower



**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

(Sydney searches for 'height of Eiffel Tower')

(Sydney searches for 'height of Empire State Building')



**Index**



| 1 | | Empire State Building vs Eiffel... size.explore.com |
|---|---|---|
| 2 | | The Eiffel Tower's Height... explore.com |
| 3 | | Eiffel Tower vs. Empire State... thisvsthat.io |
| | | Charting the Tallest Buildings in the... elitetravelblog |
| | | Empire State Building - Wikipedia en.wikipedia.org |

# User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower



## Sydney Orchestrator



### Index, Ranking & Answers

### GPT-4

(Sydney searches for 'height of Eiffel Tower')

(Sydney searches for 'height of Empire State Building')



**Index**

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://size.explore.com/Empire_State_Building_vs_Eiffel_Tower"
    },
    {
        "id": 1,
        "url": "https://www.explore.com/Eiffel-Tower"
    },
    {
        "id": 2,
        "url": "https://www.thisvsthat.io"
    },
    {
        "id": 3,
        "url": "https://en.wikipedia.org/wiki/Empire_State_Building"
    },
    {
        "id": 4,
        "url": "https://www.elitetravelblog.com"
    },
],
```

## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower



Sydney Orchestrator

Index, Ranking & Answers

GPT-4

"Grounding Material"

**User query & conversation context**

How does the height of the Empire State Building compare to Eiffel Tower



**Sydney Orchestrator**



**Index, Ranking & Answers**

**GPT-4**

"Responding" or "Generating" Model

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://size.explore.com/Empire_State_Building_vs_Eiffel_Tower"
    },
    {
        "id": 1,
        "url": "https://www.explore.com/Eiffel-Tower"
    },
    {
        "id": 2,
        "url": "https://www.thisvsthat.io"
    },
    {
        "id": 3,
        "url": "https://en.wikipedia.org/wiki/Empire_State_Building"
    },
    {
        "id": 4,
        "url": "https://www.elitetravelblog.com"
    },
],
```

**User**

## User query & conversation context

How does the height of the Empire State Building compare to Eiffel Tower



**Sydney Orchestrator**

**Index, Ranking & Answers**

**GPT-4**

The Empire State Building and the Eiffel Tower are both iconic landmarks, but they differ significantly in height and structure.
**Height Comparison**
Empire State Building
- Total height (including antenna): 443.2 meters
Eiffel Tower
- Total height (including antennas): 330 meters

Learn more: 1, 2, 3.

"Responding" or "Generating" Model

The Empire State Building and the Eiffel Tower are both iconic landmarks, but they differ significantly in height and structure.

**Height Comparison**

Empire State Building

- Total height (including antenna): 443.2 meters

Eiffel Tower

- Total height (including antennas): 330 meters

Learn more: 1, 2, 3.



# Complex Knowledge Task with Grounding





# Complex Knowledge Task with Grounding

Work | **Web**



## Hi, how can I help?

I'm considering opening a small eco-friendly cafe in Manhattan next year. Can you help me create a business plan that includes market trends, local competition, estimated startup costs, sustainable supplier options, and a basic financial projection?



 



 What does **LLM** stand for?

Decode acronyms

 What are some techniques to help me avoid distractions and...

Stay focused

What are the potential benefits and drawbacks of **AI-generated**...

Complete the picture

See more 

 # Complex Knowledge Task with Grounding

I'm considering opening a small eco-friendly café in Manhattan next year. Can you help me create a business plan that includes market trends, local competition, estimated startup costs, sustainable supplier options, and a basic financial projection?

 **Copilot**

OK, I'll search for 'legal requirements to open a cafe in Manhattan 2025'...

# Complex Knowledge Task with Grounding



> I'm considering opening a small eco-friendly café in Manhattan next year. Can you help me create a business plan that includes market trends, local competition, estimated startup costs, sustainable supplier options, and a basic financial projection?

 **Copilot** ⓘ

Here's a comprehensive business plan outline tailored for your eco-friendly café in Manhattan, incorporating market trends, competition, startup costs, sustainable suppliers, and financial projections:

---

## 📄 Business Plan: Eco-Friendly Café in Manhattan (2025)

### 1. Market Trends (2025)

Key trends shaping the café industry:

- **Sustainability**: Customers demand biodegradable packaging, zero-waste operations, and ethically sourced ingredients [3] .
- **Plant-Based Menus**: Oat, almond, and soy milks are standard; vegan pastries and meals are growing in popularity [4] .
- **Hyper-Local Sourcing**: Cafés are partnering with local farms and micro-roasters [3] .
- **Tech Integration**: Mobile ordering, contactless payments, and loyalty apps are expected.

### 2. Local Competition

Manhattan has a vibrant café scene. Notable eco-conscious competitors include:

- **Felix Roasting Co.** – Known for sustainable sourcing and unique drinks [5] .
- **Grounded Coffee House** – Organic, Rainforest Alliance certified, and plant-filled ambiance [6] .
- **Merriweather** – Aussie-style café with organic coffee and healthy food [6] .

# Complex Knowledge Task with Grounding



 **Copilot** ⓘ

Here's a comprehensive business plan outline tailored for your eco-friendly café in Manhattan, incorporating market trends, competition, startup costs, sustainable suppliers, and financial projections:

---

## 📝 Business Plan: Eco-Friendly Café in Manhattan (2025)

### 1. Market Trends (2025)

Key trends shaping the café industry:

- **Sustainability**: Customers demand biodegradable packaging, zero-waste operations, and ethically sourced ingredients [3].
- **Plant-Based Menus**: Oat, almond, and soy milks are standard; vegan pastries and meals are growing in popularity [4].
- **Hyper-Local Sourcing**: Cafés are partnering with local farms and micro-roasters [3].
- **Tech Integration**: Mobile ordering, contactless payments, and loyalty apps are expected.



# Complex Knowledge Task with Grounding

## 2. Local Competition

Manhattan has a vibrant café scene. Notable eco-conscious competitors include:

- **Felix Roasting Co.** – Known for sustainable sourcing and unique drinks [5].
- **Grounded Coffee House** – Organic, Rainforest Alliance certified, and plant-filled ambiance [6].
- **Merriweather** – Aussie-style café with organic coffee and healthy food [6].

To stand out, focus on:

- Zero-waste operations
- Community engagement (e.g., local art, events)
- Unique menu items (e.g., seasonal vegan specials)

## 3. Estimated Startup Costs

Based on 2025 data [7] [8]:

| Category | Estimated Cost Range |
|----------|---------------------|
| Lease (Manhattan) | $5,000–$15,000/month |



# Complex Knowledge Task with Grounding

### 3. Estimated Startup Costs

Based on 2025 data ⑦ ⑧ :

| Category | Estimated Cost Range |
| --- | --- |
| Lease (Manhattan) | $5,000–$15,000/month |
| Renovations & Decor | $20,000–$100,000 |
| Equipment (espresso machine, etc.) | $20,000–$50,000 |
| Initial Inventory | $5,000–$10,000 |
| Licenses & Permits | $1,000–$3,000 |
| Marketing & Branding | $5,000–$15,000 |
| Working Capital (3–6 months) | $30,000–$60,000 |
| **Total Estimate** | **$100,000–$250,000** |

# Complex Knowledge Task with Grounding

## 4. Sustainable Supplier Options

Here are some eco-conscious suppliers in NYC:

- **Nguyen Coffee Supply** – Direct trade Vietnamese coffee, roasted in Brooklyn [9].
- **Willa's Oat Milk** – Climate-positive, whole-oat milk [9].
- **Aqua Best NYC** – Sustainable seafood supplier [10].
- **Acme Smoked Fish** – Family-owned, responsibly sourced fish [11].
- **HowGood** – Offers sustainability data to help you choose ethical ingredients [9].

## 5. Basic Financial Projection (Year 1)

| Metric | Estimate |
|---|---|
| Monthly Revenue | $25,000–$40,000 |
| Monthly Expenses (rent, labor, COGS, etc.) | $20,000–$35,000 |
| Monthly Profit (before tax) | $2,000–$5,000 |
| Annual Revenue | $300,000–$480,000 |



# Complex Knowledge Task with Grounding

## 5. Basic Financial Projection (Year 1)

| Metric | Estimate |
|---|---|
| Monthly Revenue | $25,000–$40,000 |
| Monthly Expenses (rent, labor, COGS, etc.) | $20,000–$35,000 |
| Monthly Profit (before tax) | $2,000–$5,000 |
| Annual Revenue | $300,000–$480,000 |
| Annual Net Profit | $24,000–$60,000 |

> Assumes 100–150 customers/day with an average ticket of $8–$10.

---

Would you like help turning this into a formal business plan document or pitch deck? I can also help you

 **Complex Knowledge Task with Grounding**

| | |
|---|---|
| Annual Net Profit | $24,000–$60,000 |

> Assumes 100–150 customers/day with an average ticket of $8–$10.

---

Would you like help turning this into a formal business plan document or pitch deck? I can also help you model different financial scenarios or design a sustainable menu.

   

1  Food Service Establish...
   nyc-business.nyc.gov

2  Coffee Shop Licenses a...
   pos.toasttab.com

3  Top Cafe Trends for 20...
   planetfriendlypackaging.co...

     

Yes, please help with the formal document.    Can you suggest a sustainable menu?    



# Complex Knowledge Task with Grounding



**Sources** ⓘ

**Citations**

1. Food Service Establishment Permit | City of New York
   nyc-business.nyc.gov

2. Coffee Shop Licenses and Permits Needed in New York (2025) - Toast
   pos.toasttab.com

3. Top Cafe Trends for 2025: Sustainability & Innovation
   planetfriendlypackaging.com.au

4. 2025 Café Trends: Innovation, Sustainability, and New Tea Pairing ...
   en.highteaworld.com

5. Sip in Style: 12 Manhattan's Best Coffee Shops for Every Taste
   manhattanusersguide.com

6. The 20 Best Organic and Fair Trade Coffee Shops in NYC for ... - Ecocult®
   ecocult.com



# Complex Knowledge Task with Grounding





# Complex Knowledge Task with Grounding



# Example 3 – Data Analysis

# Data Analysis – NYC Open Contracts Dataset





# Data Analysis – NYC Open Contracts Dataset

| | ShortTitle | SelectionMethodDescription | SectionName | | SpecialCaseReasonD | PIN | DueDate | AddressTo | ContactNa | ContactPh | Email | ContractAmount | | Contac |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49379 | NYC BASED EXPERIENCE | Competitive Sealed Bids | Procurement | | | RFP Issue | 2/9/04 | | | | | -1.00 | | |
| 49380 | In School Youth  Renewal | Renewal | Procurement | | | ID Numbers Listed | | | | 2.12E+09 | | -1.00 | | |
| 49381 | Out-of-School Youth Renew | Renewal | Procurement | | | ID Numbers Listed | | | | 2.12E+09 | | -1.00 | | |
| 49382 | Youth Development/Delinqu | Renewal | Procurement | | | See List Below | | | | 2.12E+09 | | -1.00 | | |
| 49383 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | See List | | | | 2.12E+09 | | -1.00 | | |
| 49384 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | see list below | | | | 2.12E+09 | | -1.00 | | |
| 49385 | Scatter Site Housing II Serv | Renewal | Procurement | | | 06905H000500 | | | | 2.12E+09 | | -1.00 | | |
| 49386 | Scatter Site Housing  I  Ser | Renewal | Procurement | | | 06905H001800 | | | | 2.12E+09 | | -1.00 | | |
| 49387 | Permanent  and  Transitiona | Negotiated Acquisition | Procurement | | Available only from a | 06905H049700 | | | | 2.12E+09 | | -1.00 | | |
| 49388 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | see list | | 2 Lafayett | Betty Lee | | | -1.00 | | |
| 49389 | CLINIC: THURGOOD MAR | Request for Proposals | Procurement | | | 01SH01003R0A01 | | | | 2.12E+09 | | -4676.00 | | |
| 49390 | Homemaker Services | Contract Change | Procurement | | | 06909H000207 | | | | 2.12E+09 | | -400000.00 | | |
| 49391 | NOTICE OF AWARD FOR . | Sole Source | Procurement | | Available only from a | B68-IT | | | | 2.12E+09 | | | | |
| 49392 | PROSPECT PARK CONCE | Sole Source | Procurement | | Available only from a | B073-O | | | | 2.12E+09 | | | | |
| 49393 | INFORMATION TECHNOL( | Request for Proposals | Procurement | | | 127FY1700001 | | | | 2.13E+09 | | | | |
| 49394 | EMERGENCY DECLARATI | Emergency Purchase | Procurement | | Other (Describe belo | 82714CC00049 | | | | 2.12E+09 | | | | |
| 49395 | AIM RENEWAL | Renewal | Procurement | | | 78112P0001 | | | | 2.12E+09 | | | | |
| 49396 | COMPREHENSIVE OFFIC | Sole Source | Procurement | | Available only from a | 2561206COPST3 | | | | 2.13E+09 | | | | |
| 49397 | ANTI-EVICTION SERVICES | Negotiated Acquisition | Procurement | | Other (Describe belo | 07112A031412 | | | | 2.12E+09 | | | | |
| 49398 | HOMELESS SHELTER SEF | Renewal | Procurement | | | 07106R0045CNVR002 | | | | 2.12E+09 | | | | |
| 49399 | SCATTER SITE HOUSING | Renewal | Procurement | | | SEE LIST BELOW | | | | 2.12E+09 | | | | |
| 49400 | CLINICAL CASE MANAGEI | Contract Change | Procurement | | | SEE BELOW | | | | 2.12E+09 | | | | |
| 49401 | OPERATION, MANAGEME | Sole Source | Procurement | | Other (Describe belo | ...... | | | | 2.13E+09 | | | | |
| 49402 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | Listed on Line 17 | | | | 2.12E+09 | | | | |
| 49403 | Employee Account Services | Competitive Sealed Proposal | Procurement | | Judgment required in | 05131006 | | | | 2.13E+09 | | | | |
| 49404 | Licensing Rights to Major M | Competitive Sealed Proposal | Procurement | | Judgment required in | MDC-05-0985 | | | | 6.47E+09 | | | | |
| 49405 | Services for Senior Citizens | BP/City Council Discretionary | Procurement | | | see list... | | | | 2.12E+09 | | | | |
| 49406 | Services for Senior Citizens | CP/2 | Procurement | | | see list below...... | | | | 2.12E+09 | | | | |
| 49407 | Services for Senior Citizens | Renewal | Procurement | | | see list | | | | 2.12E+09 | | | | |
| 49408 | Services for Senior Citizens | CP/2 | Procurement | | | see list | | | | 2.12E+09 | | | | |
| 49409 | Services for Senior Citizens | Negotiated Acquisition | Procurement | | Judgment required in | see list | | | | 2.12E+09 | | | | |
| 49410 | Services for Senior Citizens | Renewal | Procurement | | | see list | | | | 2.12E+09 | | | | |
| 49411 | Services for Senior Citizens | CP/2 | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49412 | Services for Senior Citizens | CP/2 | Procurement | | | see list below. | | | | 2.12E+09 | | | | |
| 49413 | Services for Senior Citizens | CP/2 | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49414 | Service For Senior Citizens | CP/2 | Procurement | | | See List. Below...... | | | | 2.12E+09 | | | | |
| 49415 | Services For Senior Citizens | Competitive Sealed Proposal | Procurement | | Judgment required in | SEE list... | | | | 2.12E+09 | | | | |
| 49416 | Services for Senior Citizens | Renewal | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49417 | Services for Senior Citizens | Renewal | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49418 | Services for Senior Citizens | Renewal | Procurement | | | see list below | | | | 2.12E+09 | | | | |
| 49419 | Services for Senior Citizens | Competitive Sealed Proposal | Procurement | | Judgment required in | see list below | | | | 2.12E+09 | | | | |
| 49420 | operation of a newsstand at | Competitive Sealed Bids | Procurement | | | #84103SIAD616 | | 40 Worth | Emily Bee | 2.12E+09 | | | | |
| 49421 | | | | | | | | | | | | | | |

Recent_Contract_Awards_20250615

Ready    Accessibility: Investigate



# Data Analysis – NYC Open Contracts Dataset



# Data Analysis – NYC Open Contracts Dataset



# Data Analysis – NYC Open Contracts Dataset



# Data Analysis – NYC Open Contracts Dataset



M365



M365 Copilot

Search

Chat

Agents

Conversations

Recent_Contract_Awards_202...

All conversations

Pages

Create

Apps



**Copilot**

Analysis ∨

Analysis ∨

Analysis ∨

Here's the analysis based on the contract data you provided:

- **Total Period of Time Covered by the Contracts:**
  The contracts span a total of **8,198 days**, which is approximately **22.45 years**, from the earliest start date to the latest end date.

- **Total Dollar Volume of Contracts Awarded:**
  The cumulative value of all contracts is approximately **$276.46 billion**.

Would you like a breakdown by agency, contract type, or year?

Please identify the top 10 vendors who were awarded contracts.




# Data Analysis – NYC Open Contracts Dataset





The contracts span a total of **8,198 days**, which is approximately **22.45 years**, from the earliest start date to the latest end date.

- **Total Dollar Volume of Contracts Awarded:**
  The cumulative value of all contracts is approximately **$276.46 billion**.

Would you like a breakdown by agency, contract type, or year?



Please identify the top 10 vendors who were awarded contracts.

**Copilot**

Analyzing ∨

Analyzing ∨

Message Copilot

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset







Analysis ⌄

Here are the **top 10 vendors** awarded the highest total contract amounts:

1. **New York City Economic Development Corporation** – $9.15 billion
2. **Power Authority Of The State Of New York** – $6.68 billion
3. **LEON D. DEMATTEIS CONSTRUCTION CORP** – $3.99 billion
4. **Tutor Perini O&G A Joint Venture** – $3.77 billion
5. **Westhab Inc.** – $3.28 billion
6. **Public Health Solutions** – $3.09 billion
7. **TUTOR PERINI CORPORATION** – $3.03 billion
8. **YMS MANAGEMENT ASSOCIATES INC** – $3.02 billion
9. **Transformative Reform Group LLC** – $2.98 billion
10. **CONVANTA 4RECOVERY L.P.** – $2.86 billion

Would you like a visual chart of this data or a breakdown by agency or contract type?

Yes, please show me a visual chart.      Can you provide more details on each vendor?

Please provide a table showing the percentage of contracts awarded using each individual selection method.

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset





8. **YMS MANAGEMENT ASSOCIATES INC** – $3.02 billion
9. **Transformative Reform Group LLC** – $2.98 billion
10. **CONVANTA 4RECOVERY L.P.** – $2.86 billion

Would you like a visual chart of this data or a breakdown by agency or contract type?

> Please provide a table showing the percentage of contracts awarded using each individual selection method.



**Copilot**

Analyzing ⌄

Analysis ⌄

Message Copilot

AI-generated content may be incorrect



# Data Analysis – NYC Open Contracts Dataset



M365 Copilot

Search

Chat

Agents

Conversations

**Recent_Contract_Awards_202...**

All conversations

Pages

Create

Apps

| | |
|---|---|
| Innovative Procurement | 2.75% |
| Other | 2.67% |
| Competitive Sealed Proposals/Pre-Qualified List | 2.45% |
| Sole Source | 2.07% |
| Required Method (including Preferred Source) | 1.93% |
| Required/Authorized Source | 1.55% |
| Small Purchase | 0.83% |
| Competitive Sealed Bids/Pre-Qualified List | 0.67% |
| Line Item Appropriation or Discretionary Funds | 0.61% |

Would you like this data visualized in a chart or exported to a file?

Yes, please visualize this data in a chart.    Can you export this table to Excel?

Message Copilot

+

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset





| | |
|---|---|
| Line Item Appropriation or Discretionary Funds | 0.61% |
| CP/2 | 0.45% |
| Government to Government | 0.33% |
| Demonstration Project | 0.18% |
| Negotiated Acquisition/Pre-Qualified List | 0.18% |
| Contract Change | 0.15% |
| Public Bid | 0.08% |
| Request for Quote | 0.08% |
| Cooperative Purchasing | 0.06% |

Would you like this data visualized in a chart or exported to a file?

Yes, please visualize this data in a chart.    Can you export this table to Excel?

Message Copilot

AI-generated content may be incorrect

# Data Analysis – NYC Open Contracts Dataset





M365 Copilot

Search

Chat

Agents

Conversations

Recent_Contract_Awards_202...

All conversations

Pages

Create

Apps

| | |
|---|---|
| Request for Quote | 0.06% |
| Cooperative Purchasing | 0.06% |
| Contract with another Government | 0.06% |
| IG/S | 0.04% |
| Request for Qualifications | 0.01% |
| RS | 0.01% |
| Request for Information | 0.00% |
| Client Services Waiver | 0.00% |

Would you like this data visualized in a chart or exported to a file?



Yes, please visualize this data in a chart.    Can you export this table to Excel?

Message Copilot

+

AI-generated content may be incorrect

# Webmaster Controls









**Internet**

**100%**



**Index**





```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```



```
    "sourceAttributions": [
        {
            "id": 0,
            "url": "https://www.coursera.org"
        },
        {
            "id": 1,
            "url": "https://www.coursera.org/specializations/python?action-enroll"
        },
    ],
```



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```





```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```





"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],



```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```

```
"sourceAttributions": [
    {
        "id": 0,
        "url": "https://www.coursera.org"
    },
    {
        "id": 1,
        "url": "https://www.coursera.org/specializations/python?action-enroll"
    },
],
```





# Responsible AI

# Responsible AI in Practice





# M365 Copilot & Bing Chat versus New Consumer Copilot

Significant Differences for Discovery Purposes

# Timeline



**Bing Chat Events**

**New Consumer Copilot Events**



**Feb. 2023**
Bing Chat launched (GPT-4)

**Mar. 2023**
GPT-3.5 Turbo

**Nov. 2023**
Bing Chat rebranded to Copilot

**Dec. 27, 2023**
NYT Complaint filed

**Jan. 2024**
GPT-4 Turbo

**2023**

**2024**

**May 2024**
New Consumer Copilot coding begins

**Oct. 2024**
New Consumer Copilot released (GPT-4o & after)

# Both Are Mustangs, Very Different Under the Hood





# New Consumer Copilot Is Different For Discovery Purposes

## New Infrastructure

- New system architecture
- Built on different platform
- Output logs: entirely different system for capture and storage
- Incorporates only later-generation OpenAI LLMs (not previously in case as to Microsoft)

## New Source Code/ Functions

- Entirely new code base stored in different location
- Plaintiffs have already spent ~50 days examining BingChat source code
- New capability to utilize numerous new external functions
- Many new app clients providing native support across multiple surfaces

## New Custodians

- Built from scratch between May and October 2024
- Back-end code written by ~300 people
- Only 2 people overlap with BingChat

# The Importance of General Purpose Technologies

## Single Purpose Technologies



**Telegraph**



**Smoke Detector**



**Clock**



**Drill**

## General Purpose Technologies



**Electricity**



**Machine Tools**



**Information Technology**



**Steam Engine**

# GPTs Have Driven The Major Industrial Revolutions

**1st Industrial Revolution**

**2nd Industrial Revolution**

**3rd Industrial Revolution**





