**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE: :
:
OPENAI, INC., :       25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION, :
:
: **ORDER**
This Document Relates To: :
**ALL ACTIONS** :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court entered the parties' final stipulated protective order on July 24, 2025. (*See* ECF 367). Accordingly, OpenAI's motion for a protective order at ECF 286 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 286.

**SO ORDERED.**

Dated: September 3, 2025  
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge