**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
IN RE:                                                       :
                                                             :
OPENAI, INC.,                                                :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,          :
                                                             :
                                                             :     **ORDER**
This Document Relates To:                          :
**23-CV-8292**                                               :
**23-CV-10211**                                              :
**24-CV-84**                                                 :
**25-CV-3291**                                               :
**25-CV-3482**                                               :
**25-CV-3483**                                               :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 479, 481, 504, and 505 regarding OpenAI's alleged "flip flopping" as to OpenAI's reasons for deleting the Books1 and Books2 datasets.

The parties are directed to file supplemental briefs not to exceed 1,500 words by **October 1, 2025,** on the issue of whether OpenAI has waived privilege as to the reasons for the deletion of the Books1 and Books2 datasets. The parties' briefing shall explain, with reference to applicable case law, how/if OpenAI's position on the fate of Books1 and Book2 changed (or did not change, notwithstanding "retractions" of prior statements), and whether those decisions were legal or business decisions. No replies are necessary unless so directed by the Court.

**SO ORDERED.**

Dated: September 19, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge