UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:                                              :
                                                    :
OPENAI, INC.,                                       :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                  :
                                                    :
                                                    :        **ORDER**
                                                    :
This Document Relates To:                           :
**All Actions**                                     :
                                                    :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 727.

Plaintiffs are directed to file a response to OpenAI's arguments contained in Exhibit 1 of ECF 727 by **November 12, 2025**. (*See* ECF 727-1). Plaintiffs' response is limited to two paragraphs per disputed topic, should be formatted as a chart, and should provide caselaw where relevant and applicable.

**SO ORDERED.**

Dated: November 7, 2025                             *s/ Ona T. Wang*
       New York, New York                           **Ona T. Wang**
                                                    United States Magistrate Judge