```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                            :
                                                  :
OPENAI, INC.,                                     :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                :
                                                  :
                                                  :        ORDER
This Document Relates To:                         :
All Actions                                       :
                                                  :
---------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of News Plaintiffs' motion for an evidentiary hearing concerning the production of the 20 million chat logs, and OpenAI's response, discussed at ECF Nos. 1061 and 1126.

News Plaintiffs' motion for an evidentiary hearing is **DENIED** without prejudice. Parties are directed to meet and confer and come to the January 15, 2026, discovery status conference prepared to discuss: (1) the process behind the "substitution" of "user-deleted data," and how the processes for deletion by users were or were not compliant with the May 13, 2025 Preservation Order; (2) the process behind "PII" redactions; and (3) the basis for excluding conversation logs generated for "litigation-related purposes," and the process involved in doing so. (ECF 1126 at 2).

This will be the first issue that the Court will address at the January 15, 2026 conference.

SO ORDERED.

Dated: January 14, 2026  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge