**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION  This Document Relates To: All Actions | Case No. 1:25-md-03143 (SHS) (OTW)  **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation (collectively "OpenAI Defendants") move this Court for an order in compliance with Local Rule 1.4 permitting the withdrawal in the above-captioned action of the following attorneys:

> Allison L. Stillman
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, NY 10020
>
> Joseph R. Wetzel, Jr.
> Latham & Watkins LLP
> 505 Montgomery Street
> Ste. 2000
> San Francisco, CA 94111
>
> Rachel R. Blitzer
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, NY 10020
>
> Michael A. David
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, NY 10020

1

The OpenAI Defendants will continue to be represented by Latham & Watkins LLP as well as other firms in this proceeding including Morrison & Foerster LLP and Keker, Van Nest & Peters LLP, and no party will be prejudiced if this Motion is granted.

Dated: January 30, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson

*Attorneys for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation*

SO ORDERED:

_____