# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

*In re OpenAI, Inc. Copyright Infringement Litigation*

**This Document Relates To: All Cases**

No. 1:25-md-03143-SHS-OTW

------------------------------------------------------------ X

## JOINT CASE SCHEDULE

The parties submit this Joint Case Schedule pursuant to the Case Management Order entered May 22, 2025. *See* Dkt. 60. The parties have reached agreement on all proposed dates, except for the three rows marked with **bold red text**.

| Event | Proposed Deadlines |
|---|---|
| Submission of Joint Discovery Dispute Chart for June 25, 2025 conference | **June 17, 2025 (Dkt. 78)** |
| Status Conference before Magistrate Judge Wang | **June 25, 2025 at 9:30 a.m. (Dkt. 78)** |
| Technology Tutorial | **June 26, 2025 at 10:00 a.m. (Dkt. 78)** |
| Last day to serve answer to complaint in *Intercept* matter | **June 18, 2025** |
| Last day to serve motion to strike in *Intercept* matter | **June 18, 2025** |
| Last day for Defendants to serve responsive pleadings to the Consolidated Class Action Complaint | **July 14, 2025** |
| Last day to serve additional written discovery or propound additional custodians/search terms (absent good cause) | **August 19, 2025** |
| **Substantial completion of document productions** (including privilege logs | **September 12, 2025** (for requests issued prior to 5/22/2025) |

1

| Event | Proposed Deadlines |
|---|---|
| addressing any such productions)[1,2] | |
| First day to serve contention interrogatories | **October 31, 2025** |
| Last day to respond to contention interrogatories | **January 9, 2026** |
| **Close of fact discovery** | **February 27, 2026** |
| **Close of expert discovery** (includes opening, rebuttal, reply) | **July 17, 2026**<br><br>*Opening Reports: April 10, 2026*<br><br>*Rebuttal Reports: May 8, 2026*<br><br>*Reply Reports: June 5, 2026* |
| **Last day to file motions for summary judgment** and date for filing *Daubert* motions (all cases)[3] | **August 14, 2026**<br>There will be no adjournments of this date. |

---

[1] The date for substantial completion of document productions does not in any way restrict Plaintiffs from continuing to access, inspect and obtain copies of discovery materials made available for inspection by Defendants, including training data, source code and output logs.

[2] For any additional requests for production served or custodians requested after 5/22/2025, the parties shall meet and confer within thirty (30) days after service (*i.e.*, at the time responses and objections are served) regarding a date for substantial completion of production in response thereto.

[3] This deadline for *Daubert* motions shall not apply to issues that may be raised on remand to transferor courts, and by agreeing to this deadline no party waives its right to seek to have particular issues resolved on remand.

| Event | Proposed Deadlines | |
|---|---|---|
| Oppositions to motions for summary judgment and to *Daubert* motions | **September 18, 2026** | |
| Replies in support of motions for summary judgment and *Daubert* motions | **October 16, 2026** | |
| Hearing on motions for summary judgment | Date to be determined by the Court | |
| Class certification ( consolidated class case) | **Motion:** 21 days after ruling on Motions for Summary Judgment<br>**Opposition:** 28 days later<br>**Reply:** 21 days later | |
| Motions in Limine | Date to be determined by the Court | |
| Ready trial date | Date to be determined by the Court | |

Dated:  June 17, 2025                         Respectfully submitted,


                                              */s/Davida Brook*
                                              Davida Brook
                                              Susman Godfrey L.L.P.
                                              *On behalf of News Plaintiffs*

                                              */s/ Justin Nelson*

3

Justin Nelson
Susman Godfrey L.L.P.
*On behalf of Class Plaintiffs*

*/s/Paven Malhotra*
Paven Malhotra
Keker, Van Nest & Peters LLP
*On behalf of OpenAI*

*/s/Jared Briant*
Jared Briant
Faegre, Drinker, Biddle & Reath LLP
*On behalf of Microsoft*

Dated:  June 20, 2025          **SO ORDERED.**


_Sidney H. Stein_
_____

**HON. SIDNEY H. STEIN**
United States District Judge

4