KEKER VAN NEST & PETERS    LATHAM & WATKINS LLP    MORRISON FOERSTER

March 13, 2026

**VIA ECF**

Hon. Ona T. Wang
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Cc: *All Counsel of Record (via ECF)*

Re:   **March 11, 2026 Order (Dkt. 1425)**,
*In re OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143
This Document Relates To: All Actions

Dear Judge Wang:

The Court has ordered OpenAI's President, Greg Brockman, to produce responsive portions of entries from his personal journal by March 17, 2026. Dkt. 1425. At the March 10, 2026 Case Management Conference, the Court stated that any request to extend that deadline should be made by Mr. Brockman's personal counsel. 3/10/26 CMC Rough Tr. at 19:21–20:1.

Pursuant to the Court's guidance, OpenAI attaches to this letter a request from Mr. Brockman, through his personal counsel, for a brief extension of the deadline to April 7, 2026. *See* Attachment A.

Sincerely,

| KEKER, VAN NEST & PETERS LLP[1] | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Andrew Dawson* | */s/ Herman H. Yue* | */s/ Rose S. Lee* |
| Andrew Dawson | Herman H. Yue | Rose S. Lee |

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

6055629.v1